## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIVE FACE ON WEB, LLC, | Civil Action |
| Plaintiff, | No.: 1:16-cv-4394 |
| vs. | |
| 5 BORO MOLD CONSULTING INC., and AVIGAYEL KLEIN a/k/a ABIGAIL KLEIN, and JOHN/JANE DOE DEFENDANTS 1-10, | **JURY TRIAL DEMANDED** |
| Defendants. | |

## COMPLAINT

Plaintiff Live Face on Web, LLC, by and through its undersigned Counsel, hereby brings the following complaint ("Complaint") against defendants 5 Boro Mold Consulting Inc., Avigayel Klein a/k/a Abigail Klein and John/Jane Doe Defendants 1-10 for copyright infringement, and in support thereof avers as follows:

## I.    THE PARTIES

1.    Plaintiff, Live Face on Web, LLC ("Plaintiff" or "LFOW"), is a Pennsylvania limited liability company with its principal place of business at 1300 Industrial Boulevard, Suite 212, Southampton, PA 18966.

2.    Upon information and belief, Defendant 5 Boro Mold Consulting Inc. ("5BMC") is a New York corporation with a principal place of business at 1342 42nd Street, Brooklyn, New York, 11219.

3.    Upon information and belief, at all relevant times hereto, Defendant Avigayel Klein a/k/a Abigail Klein ("Klein") was a resident of New York and an owner, director and/or officer of 5BMC.  Upon information and belief, at all relevant times hereto, Klein owned, operated and controlled, in whole or in part, 5BMC and its business.

1

4.      Upon information and belief, John/Jane Doe Defendants 1-10 ("Doe Defendants") owned, operated, and or controlled the subject website(s) at issue here,  and otherwise jointly and severally with Klein and/or 5 Boro Mold Consulting Inc. engaged in the conduct complained of herein.

5.      Upon information and belief, at all relevant times hereto, each of 5BMC, Klein and the Doe Defendants was a co-registrant and co-owner of the subject websites at issue here.

6.      Upon information and belief, at all relevant times hereto, each of Klein and/or the Doe Defendants had the right and ability, and exercised the right and ability, to supervise and control the infringing activity complained of in this action and had a direct financial interest in such activities. By way of example and not limitation, upon information and belief, each of Klein and/or the Doe Defendants: (i) procured and caused 5BMC to pay for the infringing software, (ii) directed that, and controlled how, the infringing software be placed on the subject websites at issue here, (iii) monitored, supervised and controlled the installation and operation of the infringing software on the subject websites at issue here, and (iv) received a direct and/or indirect personal financial benefit from the increased revenues and/or profits resulting from the infringement of LFOW's rights on the subject websites at issue here.

## II.      JURISDICTION AND VENUE

7.      This action arises under the U.S. Copyright Act (17 U.S.C. §501 et seq.), and thus this Court has federal question jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a). As fully set forth herein, the Defendants have used, copied and distributed LFOW's copyrighted software and/or infringing derivative works thereof.

8.      This Court has personal jurisdiction over each of the Defendants because such Defendant has conducted business in, and has continuous and systematic contacts with, the State

of New York and this District and/or was, at all material times hereto, a resident or citizen of the State of New York, as more fully described herein.

9.      By way of example and not limitation, this Court has personal jurisdiction over Klein because she was, at all material times hereto, a New York resident and has conducted business in and has continuous and systematic contacts with the State of New York and this District.

10.     Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b), (c) and 1400(a) in that a substantial part of the events or omissions giving rise to the claims herein occurred in this District, and some or all of the Defendants are located in this District.

**III.    PLAINTIFF'S BUSINESS AND COPYRIGHTED TECHNOLOGY**

11.     LFOW is a developer and owner of "live person" software, which is an original work of authorship independently created by LFOW ("LFOW Software").

12.     The LFOW Software allows a company to display a video of a "walking" and "talking" personal host who introduces a website to an online visitor. The personal host is, in effect, a web spokesperson for the specific company for whom the video has been created. Typically, the web spokesperson explains a company's products and/or services and directs a visitor's attention to a particular product or aspect of the website. The LFOW Software is representative of LFOW's advertising idea; LFOW and its customers advertise services and solicit business through the use of a website spokesperson, which is typically tailored to specific goods and services found on the associated website.

13.     The LFOW Software enables a company to customize and dynamically modify settings and functionality of the web spokesperson. By way of example, a customer utilizing the LFOW Software can: (a) manipulate the positioning of the web spokesperson on its website and

3

select between static, relative or dynamic positioning features; (b) adjust the delay between the time an online visitor enters the website and the start time of the web spokesperson's presentation; (c) select the number of times a video presentation plays for each particular visitor; and (d) select "click on me" functionality that directs a user to a predetermined page or section of the website which promotes goods or services and/or reinforces the image and brand of the customer.

14.     The LFOW Software seeks to enhance a web site by using a real spokesperson to capture, hold and prolong the attention of the average online visitor, enhancing the ability of the website to advertise specific goods and services. This technique has a direct positive impact on sales and/or the brand, public image and reputation of any company that has an online presence.

15.     Generally speaking, the LFOW Software can be implemented by LFOW's customers by modifying the HTML code of the LFOW customer's website. An HMTL script tag is embedded in the HTML code of the LFOW customer's website, which links the LFOW customer's website to a copy of the LFOW Software. An LFOW customer has the option of storing the copy of the LFOW Software on the same webserver(s) as the customer's website, or storing the copy of the LFOW Software on a different webserver(s) than the website. Many of LFOW's customers choose to have the copy of the LFOW Software stored on LFOW's webservers.

16.     Regardless of the particular webserver(s) where the LFOW Software is stored, the functionality and result is the same. When a web browser is directed to a website linked to the LFOW Software, the embedded HTML script tag is read by the web browser and causes the automatic distribution of a copy of the LFOW Software. The LFOW Software is automatically saved by the web browser into cache, and/or a hard drive(s), and loaded into computer memory

4

and/or RAM (random access memory). As a result of the distribution of the LFOW Software, the specific web spokesperson video is automatically launched and displayed to advertise on the associated website.

17.     The LFOW Software is licensed to customers for a license fee by LFOW, which also receives fees for other services.

18.     The LFOW Software is also subject to the terms and conditions of LFOW's End User License Agreement ("EULA"). Since at least October 2007, LFOW has included the web address where the EULA can be found, thus anyone who accessed any version of the LFOW Software since that time had notice of the EULA.

19.     LFOW has registered the LFOW Software. Pertinent to this action, on December 20, 2007, LFOW duly registered the copyright in the LFOW Software version 7.0.0, prior to the publication of version 7.0.0, in the United States Copyright Office, as evidenced by the certificate of registration for TXu001610441, which was issued by the Register of Copyrights. A true and accurate copy of the certificate of registration is attached hereto as **Exhibit A**, and a true and accurate copy of the deposit work for TXu001610441 is attached hereto as **Exhibit A1**.

## IV.    COPYRIGHT INFRINGEMENT BY DEFENDANTS

20.     Upon information and belief, the Defendants own, operate and/or control (or did so at all relevant times hereto) the website www.fiveboromoldspecialist.com and others (collectively, "Defendants' Websites"). A copy of the HTML source code for www.fiveboromoldspecialist.com is attached hereto as **Exhibit B**.

21.     Defendants' websites advertised and promoted the products and/or services of the Defendants.

5

22. Upon information and belief, the Defendants used a web spokesperson video to promote the Defendants' products and/or services on the Defendants' Websites.

23. Upon information and belief, in order to display the web spokesperson video on such websites, the Defendants used, copied and distributed, without permission, the LFOW Software and/or an infringing version of such software and source code in violation of LFOW's rights on one or more of the Defendants' Websites.

24. Upon information and belief, the Defendants had the right and ability to modify the Defendants' Websites, or to have such websites modified on their behalf.

25. Upon information and belief, to implement and distribute the infringing version of the LFOW Software, the Defendants' website www.fiveboromoldspecialist.com was modified by the Defendants, or on behalf of Defendants and at their behest, to include the following website source code and/or text, shown in **Exhibit B**:

http://tweople.com/client/main_vsp.js

26. The modification referenced in the preceding paragraph links such website to the file "main_vsp.js", an infringing version of the LFOW Software, which was stored for the Defendants on the webserver(s) of www.tweople.com. A copy of "main_vsp.js" is found at **Exhibit C**.

27. As a result of such or other modifications to the Defendants' Websites, when a web browser retrieves a page from such websites, a copy of the infringing version of the LFOW Software is distributed by the Defendants to the website visitor and stored on the visitor's computer in cache, memory and/or its hard drive. Accordingly, each visit to such websites is a new act of copyright infringement.

28.     The infringing version of the LFOW Software, shown at **Exhibit C**, is substantially similar to the LFOW Software, and includes one or more instances of "LFOW", which is a reference to LFOW. The infringing version of the LFOW Software also includes references to the unique prefix "lf_," which was arbitrarily chosen by LFOW to mark its code and indicate LFOW's unique and original code. There is no functional value to the use of the letters "LFOW" or "lf_" in the LFOW Software. Instead, both were chosen as references to identify LFOW and its code.

29.     The web spokesperson video that launched on the Defendants' Websites was a result of Defendants' distribution of the infringing versions of the LFOW Software, which advertised and promoted the products and/or services of the Defendants, encouraging the website viewer to purchase and/or use Defendants' products and/or services, thereby providing a monetary benefit to the Defendants. Thus, Defendants' copyright infringement of the LFOW Software is in their advertising, and the infringement is for the purpose of advertising their products and/or services.

30.     Defendants intended for a copy of the infringing version of the LFOW Software to be distributed to website visitors in their advertising, as this is necessary for the video spokesperson to appear on the screen of the website visitor. The volitional distribution of the infringing version of the LFOW Software by the Defendants to their website visitors is seamless and transparent for the website visitors, who are able to view the video spokesperson advertising the Defendants' products and/or services by virtue of receiving the copy of the infringing version of the LFOW Software.

31.     Defendants profited directly from, and have a direct financial interest in, the infringement because the use of the infringing version of the LFOW Software allows Defendants

to more effectively promote and sell their products and/or services by capturing, holding and prolonging the attention of the average online visitor, providing a direct positive impact on sales and/or the brand, public image and reputation of Defendants.

32. The infringing version of the LFOW Software is a sales and advertising tool for the Defendants to generate revenues and profits and, upon information and belief, the use and misuse of the infringing version of the LFOW Software by the Defendants did in fact generate revenues and profits for the Defendants, as more fully described below.

33. Defendants unlawfully and continuously used the infringing version of the LFOW Software, without LFOW's authorization, on the Defendants' Websites and/or other websites, for which Defendants did not pay applicable license, video production and other fees to LFOW.

34. The unlawful use, copying and/or distribution of the infringing version of the LFOW Software on the Defendants' Websites and/or other websites constitutes infringement of LFOW's intellectual property rights, including, without limitation, LFOW's registered copyrighted material(s).

35. Upon information and belief, the Defendants actively induced end users to visit websites owned, controlled and/or used by the Defendants, and thereafter copied and distributed the infringing version of the LFOW Software to end users (e.g. website visitors) numerous times. The actual number can only be ascertained through discovery.

36. Defendants have caused, enabled, facilitated, and/or materially contributed to the infringement by, *inter alia*, misusing, copying and/or distributing the infringing and/or accused software to each visitor via website(s) they owned, operated, controlled and/or used, and refused to exercise their ability to stop the infringement made possible by their ownership, operation, control and/or use of such website(s).

37.     As a result of the foregoing conduct of the Defendants, LFOW has suffered significant harm and loss.

38.     As the owner of the registered copyright in the LFOW Software, LFOW has an interest in protecting its rights against such copyright infringement.

39.     Under the authority of 17 U.S.C. § 504, LFOW is entitled to elect whether to recover statutory damages against the Defendants for each act of copyright infringement.

40.     Where the Defendants initiated or continued the infringing conduct while aware of the infringement, these actions were the result of reckless disregard for, or willful blindness to LFOW's rights, and therefore constitute volitional conduct and willful infringement.

<div align="center">

**COUNT ONE**
**COPYRIGHT INFRINGEMENT**
**(LFOW vs. All Defendants)**

</div>

41.     LFOW incorporates by reference the averments contained in the preceding paragraphs above, as if set forth fully herein.

42.     Count One is a claim under 17 U.S.C. § 501 for direct, indirect and/or vicarious infringement of registered copyright(s) as against the Defendants.

43.     LFOW is the owner of valid copyright registration TXu001610441.

44.     LFOW has complied in all respects with the provisions of the Copyright Act, 17 U.S.C. §§ 101 et seq., and all other laws governing copyright to secure the exclusive rights and privileges in and to the copyrights of the items identified herein.

45.     The infringing version of the LFOW Software used and distributed by the Defendants is at least substantially similar to the LFOW Software protected by TXu001610441.

46.     Upon information and belief, at all relevant times hereto, Defendant registered, owned, and controlled the Defendants' Websites.

47.     Defendants, through their agent(s), vendor(s), officer(s), and/or employee(s), modified the Defendants' Websites and/or the other websites at issue in this action to cause the use, copying and distribution of the infringing version of the LFOW Software.

48.     The past and ongoing copying, use and distribution of the infringing version of the LFOW Software by Defendants resulted in actual damage to LFOW, including but not limited to the loss of licensing and other revenue and profits as a result of Defendants' infringement.

49.     Defendants intentionally induced and/or encouraged direct infringement of the LFOW Software by using, copying and distributing the infringing version of the LFOW Software via their website(s) and/or seeking out the LFOW Software in order to use it on their website(s).

50.     Defendants profited from and have a direct financial interest in the infringement, because the use of the infringing version of the LFOW Software allows Defendants to more effectively promote and sell their product(s) and/or service(s) on the Defendants' Websites by capturing, holding, and prolonging the attention of the average online visitor, providing a direct positive impact on sales and/or brand, public image and reputation of Defendants.

51.     Because Defendants own, operate and/or control (or did so at all relevant times hereto) the subject websites at issue in this action, Defendants also had the right and ability to supervise and control the infringement and infringer by virtue of their ownership, operation and control of such websites, but failed to do so.

52.     Where Defendants initiated or continued the infringing conduct with knowledge of the infringement, these actions were the result of reckless disregard for, or willful blindness to LFOW's rights, and therefore constitute willful infringement.

53.     Unless Defendants are restrained and enjoined from their unauthorized use, copying and distribution of the LFOW Software, these injuries will continue to occur.

54.     Irreparable harm and injury to LFOW are imminent as a result of Defendants' conduct and LFOW is without an adequate remedy at law.

55.     Pursuant to 17 U.S.C. § 502(a), LFOW is entitled to an injunction restraining Defendants, their employees and agents, and all other persons acting in concert with Defendants, from engaging in any further improper acts.

56.     Pursuant to 17 U.S.C. §§ 503(a) and 503(b), LFOW is entitled to an order impounding the infringing articles and the means by which such infringing articles were produced and/or reproduced.

57.     Pursuant to 17 U.S.C. § 504, LFOW is also entitled to recover actual damages and any profits of Defendants, or, alternatively, to recover statutory damages of up to $150,000 for each work infringed.

58.     Pursuant to 17 U.S.C. § 505, LFOW is entitled to an award of attorneys' fees and costs.

WHEREFORE, LFOW asks this Court to enter preliminary and final orders and judgments as necessary to provide LFOW the following requested relief:

a)     Finding Defendants jointly and severally liable for copyright infringement by virtue of their past and ongoing unauthorized use of LFOW's Software;

b)     Finding Defendants' copyright infringement to be voluntary and an intentional violation of Defendants' known duties, and therefore willful;

c)     Finding LFOW to have suffered, and to continue suffering harm that is irreparable and otherwise without an adequate remedy at law;

    d)     A permanent injunction under 17 U.S.C. §§502 and 503, enjoining Defendants from further infringement, including but not limited to the cessation of operation of Defendants' website(s);

    e)     An award of damages against Defendants under §504;

    f)     An award under 17 U.S.C. § 505 allowing recovery of the full costs of this action, including LFOW's reasonable attorneys' fees and costs; and

    g)     Such and other relief as the Court deems appropriate.

## JURY DEMAND

59.    LFOW demands a jury trial on all issues so triable.

Respectfully Submitted,

TINOVSKY LAW FIRM

Dated: August 6, 2016          By: _____

            Vladislav Tinovsky, Esquire
            NY Attorney ID 4450375
            5 Neshaminy Interplex
            Suite 205 Trevose, PA 19053
            215-568-6860
            *Counsel for Plaintiff Live Face on Web, LLC*

# EXHIBIT A

# Additional Certificate (17 U.S.C. 706)
# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**
**TXu 1-610-441**

Effective date of registration:
December 20, 2007

## Title

**Title of Work:** LIVE FACE ON WEB, LLC -- Javascript Version 7.0.0

## Completion/ Publication

**Year of Completion:** 2007

## Author

■    **Author:** Live Face on Web, LLC

**Author Created:** New text; chancfes in existinq text.

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No            **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Live Face on Web, LLC

1300 Industrial Blvd., Suite 202, SouthamiDton., PA, 18966

## Limitation of copyright claim

**Material excluded from this claim:** Prior versions of this work.

**Previously registered:** No

**New material included in claim:** New text; changes to existing text.

## Certification

**Name:** Tristram R. Fall, III, authorized agent of Live Face on Web, LLC

**Date:** December 13, 2007

**Registration #:**   TXU001610441

**Service Request #:**   1-41681852

Fox Rothschild LLP
Tristram Fall, III, Esquire
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291

# EXHIBIT A1



# COPY OF DEPOSIT

# TXu 1-610-441

```
// ---------- Do Not Remove ----------
// Copyright 2007 LiveFaceOnWeb, LLC
// Version: 7.0.0
// Date: 10/02/2007
// End User License Agreement Location: http://www.livefaceonweb.com/eula.htm
//
//////////////////////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////////////////////
/////////////////// User defined parameters and instructions ///////////////////
//////////////////////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////////////////////
//
// Below enter the URL location where the files are residing
// Example: var lf_URL = 'http://www.livefaceonweb.com/';
// In the above example, LiveFaceOnWeb Presentaton files are located at the root
level of http://www.livefaceonweb.com
var lf_URL = '';
// Below select from a choice of Static, Relative, or Dynamic position for the
LiveFaceOnWeb Presentation
// 1 = Static Position, LiveFaceOnWeb Presentation would be in a fixed location
// 2 = Relative Position, LiveFaceOnWeb Presentation would be located where the
script is called from on the webpage
// 3 = Dynamic Position, LiveFaceOnWeb Presentation would float as the page
scrolls
// Example: var lf_Position = 3;
// In the above example, LiveFaceOnWeb Presentation would float as with page
scrolls
var lf_Position = 3
// Below enter LiveFaceOnWeb Presentation OffSet Position
// OffSet Position specifies the top and the left position for Static and
Relative Positions only
// Example: var lf_OffSet_Top_Position = 50; and var lf_OffSet_Left_Position =
0;
// In the above example, LiveFaceOnWeb Presentation would be placed 50 pixels
from the top and 0 pixels to the left of the browser screen
var lf_OffSet_Top_Position = 0;
var lf_OffSet_Left_Position = 0;
// Below select the preset Dynamic position for LiveFaceOnWeb Presentation
// 1 = Top left of the browser screen
// 2 = Top right of the browser screen
// 3 = Bottom left of the browser screen
// 4 = Bottom right of the browser screen
// 5 = Middle of the browser screen
// 6 = Top Middle of the browser screen
// 7 = Right Middle of the browser screen
// 8 = Bottom Middle of the browser screen
// 9 = Left Middle of the browser screen
// Example: var lf_Position = 4;
// In the above example, LiveFaceOnWeb Presentation would be placed at bottom
right of browser screen
var lf_Position_Dynamic = 4;
// Below enter the delay lenght in seconds before LiveFaceOnWeb Presentation
appears
// Example: var lf_tDLB = 5;
// In the above example, LiveFaceOnWeb Presentation would appear after 5 seconds
// Example: var lf_tDLB = 0;
```

COPYRIGHT © 2007 LIVE FACE ON WEB, LLC. ALL RIGHTS RESERVED.

```
// in the above example, LiveFaceOnWeb Presentation would appear instantly
var lf_tDLB = 0;
// Below enter the amount of seconds LiveFaceOnWeb Presentation appears after it
has completed playing
// Example: var lf_TimeDelayAfter = 0;
// In the above example, this option would be disabled
// Example: var lf_tDLA = 5;
// In the above example, LiveFaceOnWeb Presentation would close 5 seconds after
it has completed playing
var lf_tDLA = 0;
// Below select how LiveFaceOnWeb Presentation should appear for the same
visitor
// 1 = Play everytime
// 2 = Play ones per visitors session
// 3 = Play in so many days
// Example: var lf_PresPlay = 1;
// In the above example LiveFaceOnWeb Presentation would play every time
// Example: var lf_PresPlay = 3; and var lf_PresPlayDays = 1;
// In the above example LiveFaceOnWeb Presentation would play ones every day
var lf_PresPlay = 1;
var lf_PresPlayDays = 0;
// Below enable the Click-On-Me Functionality for LiveFaceOnWeb Presentation
// Example: var lf_cOMW = 1;
// In the above example, Click-On-Me Functionality is enabled for LiveFaceOnWeb
Presenation
// Example: var lf_cOMW = 0;
// In the above example, Click-On-Me Functionality is disabled for LiveFaceOnWeb
Presenation
var lf_cOMW = 0;
// Below enter the Click-On-Me Functionality URL
// Example: var lf_cOMURL = 'http://www.livefaceonweb.com'
// In the above example, when a visitor would click on LiveFaceOnWeb Presenation
they would be redirected to http://www.livefaceonweb.com
var lf_cOMURL = '';
// Below select Click-On-Me Functionality Window Settings
// Example: var lf_cOMWP = 1;
// In the above example, the redirect window would be opened as a new browser
screen
// Example: var lf_cOMWP = 0;
// In the above example, the redirect window would be opened in the same browser
screen
var lf_cOMWP = 0;
// Below enable the Fade-In Effect
// Example: var lf_fIE = 1;
// In the above example, Fade-In Effect is enabled on LiveFaceOnWeb Presenation
// Example: var lf_fIE = 0;
// In the above example, this option would be disabled
var lf_fIE = 1;
// Below enter the duration of Fade-In Effect in seconds
// Example: var lf_fIET = 5;
// In the above example, LiveFaceOnWeb Presenation would Fade-In in 5 seconds
var lf_fIET = 1;
// Below select LiveFaceOnWeb Presenation play status while Fade-In Effect is
active
// Example: var lf_fIET = 1;
```

-2-

```
// In the above example, LiveFaceOnWeb Presenation would play after the Fade-In
Effect has completed
// Example: var lf_fIET = 0;
// In the above example, LiveFaceOnWeb Presenation would play while the Fade-In
Effect is occuring
var lf_fIEP = 1;
// Below enable Fade-Out Effect
// Example: var lf_fOE = 1;
// In the above example, Fade-Out Effect is enabled on LiveFaceOnWeb Presenation
// Example: var lf_fOE = 0;
// In the above example, this option would be disabled
var lf_fOE = 1;
// Below enter the duration of Fade-Out Effect in seconds
// Example: var lf_fOET = 5;
// In the above example, LiveFaceOnWeb Presenation would Fade-Out in 5 seconds
var lf_fOET = 1;
// Below enable Play-Button Functionality to appear first at the bottom left
corner
// Example: var lf_pBBE = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation to appear first at the bottom left corner
// Example: var lf_pBBE = 0;
// In the above example, this option would be disabled
var lf_pBBE = 0;
// Below enable Play-Button Functionality to appear first on top of the model
// Example: var lf_pBBBOF = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation and appear first and on top of the model
// Example: var lf_pBBBOF = 0;
// In the above example, this option would be disabled
var lf_pBBBOF = 0;
// Below enable Play-Button Functionality to appear after LiveFaceOnWeb
Presenation has completed in the bottom left corner
// Example: var lf_pBAE = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation after it has completed and appears on the bottom left corner
// Example: var lf_pBAE = 0; disables the Play Button Function after the
presentation ends
// In the above example, this option would be disabled
var lf_pBAE = 0;
// Below enable Play-Button Functionality to appear on top of the model after
LiveFaceOnWeb Presenation has completed
// Example: var lf_pBAOF = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation to appear on top of the model after LiveFaceOnWeb Presenation has
completed
// Example: var lf_pBAOF = 0;
// In the above example, this option would be disabled
var lf_pBAOF = 0;
// Below enable the Roll-Over-To-Play Effect
// Example: var lf_rOTPE = 1;
// In the above example, Roll-Over-To-Play Effect is enabled on LiveFaceOnWeb
Presenation
// Example: var lf_rOTPE = 0;
// In the above example, this option would be disabled
var lf_rOTPE = 0;
```

-3-

```
// Below enter the Complete URL for the SWF to be active within Roll-Over-To-
Play Effect
// Example: var lf_rOTPURL = 'http://www.livefaceonweb.com/test.swf';
// In the above example, SWF file for Roll-Over-To-Play Effect is located at
http://www.livefaceonweb.com/test.swf
var lf_rOTPURL = '';
// Below enable the Frame-Hold Effect
// Example: var lf_sFRAME = 7; shows the 7th frame while fade in/out, play
button, and roll over effects
// In the above example, LiveFaceOnWeb Presentation shows 7th frame while Fade-
In/Fade-Out, Play-Button, and Roll-Over-To-Play Effects occur
// Example: var lf_sFRAME = 0;
// In the above example, this option would be disabled
var lf_sFRAME = 0;
// Below enter LiveFaceOnWeb.com Affiliate ID
// Example: var affiliateID = '80961c09';
var lf_AffiliateID = '';

////////////////////////////////////////////////////////////////////////////
////////////////////////////////////////////////////////////////////////////
////////////////////////////////////////////////////////////////////////////
//////////////////  Do not change the parameters below  //////////////////////
////////////////////////////////////////////////////////////////////////////
////////////////////////////////////////////////////////////////////////////
////////////////////////////////////////////////////////////////////////////

var lf_SWF_File_Width = 200;
var lf_SWF_File_Height = 220;
var lf_ID = '100000505';

var lf_divHorPos = 0;
var lf_divVerPos = 0;
var lfVersion = -1;
var arrNavInfo = [];
var lfString;
var lfParamString;
var divID = 'div' + lf_ID;

arrNavInfo.navprop = navigator.userAgent.toLowerCase();

if (navigator.vendor == 'KDE' || ( document.childNodes && ( !document.all ||
navigator.accentColorName ) && !navigator.taintEnabled )) {
    arrNavInfo[0] = 'kde';
    arrNavInfo[1] = 'Safari';
} else if (window.opera && document.childNodes) {
    arrNavInfo[0] = 'opr';
    arrNavInfo[1] = 'Opera';
} else if (navigator.appName.indexOf('WebTV') + 1) {
    arrNavInfo[0] = 'wtv';
    arrNavInfo[1] = 'WebTV';
} else if (navigator.product == 'Gecko') {
    arrNavInfo[0] = 'gek';
    arrNavInfo[1] = 'Gecko engine (Mozilla, Netscape 6+ etc.)';
} else if (document.getElementById) {
    arrNavInfo[0] = 'ie';
    arrNavInfo[1] = 'Internet Explorer 5+';
```

-4-

```
} else {
    arrNavInfo[0] = 'na';
    arrNavInfo[1] = 'an unknown browser';
}
if (navigator.plugins != null && navigator.plugins.length > 0)
{
    if (navigator.plugins['Shockwave Flash 2.0'] || navigator.plugins['Shockwave
Flash']) {
        var swVer2 = navigator.plugins['Shockwave Flash 2.0'] ? ' 2.0' : '';
        var lfDescription = navigator.plugins['Shockwave Flash' +
swVer2].description;
        var descArray = [];
        var tempArrayMajor = [];
        var versionMajor = [];
        var tempArrayMinor = [];
        var versionMinor;
        descArray = lfDescription.split(' ');
        tempArrayMajor = descArray[2].split('.');
        versionMajor = tempArrayMajor[0];
        if (descArray[3] != '') {
            tempArrayMinor = descArray[3].split('r');
        } else {
            tempArrayMinor = descArray[4].split('r');
        }
        versionMinor = tempArrayMinor[1] > 0 ? tempArrayMinor[1] : 0;
        lfVersion = parseFloat(versionMajor + '.' + versionMinor);
    }
} else {
    for (var i = 8; i < 20; i++)
    {
        try {
            var objFlash = new ActiveXObject('ShockwaveFlash.ShockwaveFlash.' +
i);
            if (objFlash) {
                lfVersion = i;
            }
        } catch(e) {}
    }
}
function runLFOW() {
    try {
        if (lf_PresPlay == 1) {
            lf_createCookie(lf_ID, 'on', -1);
            showLFOW_Video();
        } else if (lf_PresPlay == 2) {
            if (lf_readCookie(lf_ID) == 'no') {
                lf_createCookie(lf_ID, 'on');
                showLFOW_Video();
            }
        } else if (lf_PresPlay == 3) {
            if (lf_readCookie(lf_ID) == 'no') {
                lf_createCookie(lf_ID, 'on', lf_PresPlayDays);
                showLFOW_Video();
            }
        }
    } catch(e) {
```

```
                showLFOW_Video();
        }
}
if (lfVersion >= 8) {
        if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
                try {
                        if (window.addEventListener) window.addEventListener('load',
runLFOW, false);
                        else if (window.attachEvent) window.attachEvent('onload', runLFOW);
                } catch(e) {
                        showLFOW_Video();
                }
        } else {
                showLFOW_Video();
        }
}
function showLFOW_Video()
{
        if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
                try {
                        var lfDiv = document.createElement('div');
                        if (lfDiv === undefined) {
                                lf_Position = 'err';
                        } else if (lfDiv == null) {
                                lf_Position = 'err';
                        } else {
                                lfDiv.id = divID;
                                lfDiv.style.position = 'absolute';
                                lfDiv.style.zIndex = 9999;
                                if (lf_Position == 1) {
                                        lfDiv.style.left = lf_OffSet_Left_Position;
                                        lfDiv.style.top = lf_OffSet_Top_Position;
                                } else {
                                        lfDiv.style.left = 0;
                                        lfDiv.style.top = 0;
                                }
                                lfDiv.style.height = lf_SWF_File_Height;
                                lfDiv.style.width = lf_SWF_File_Width;
                                lfDiv.style.visibility = 'visible';
                        }
                } catch(e) {
                        lf_Position = 'err';
                }
        }
        compileLFOW()
        if ((lf_Position !== 2) && (lf_Position !== 'err') && (arrNavInfo[0] !==
'na')) {
                lfDiv.innerHTML = lfString;
                document.body.appendChild(lfDiv);
        } else if (lf_Position == 2) {
                document.write( '<div id="' + divID +'" style="position: absolute;z-
index: 999;left: 0px;top: 0px;height: '+ lf_SWF_File_Height +'px;width: '+
lf_SWF_File_Width +'px;">'+ lfString +'</div>' );
        } else {
                document.write( '<div id="' + divID +'" style="position: relative;z-
index: 999;left: ' + lf_OffSet_Left_Position + 'px;top: ' +
```

```
lf_OffSet_Top_Position + 'px;height: '+ lf_SWF_File_Height +'px;width: '+
lf_SWF_File_Width +'px;">'+ lfString +'</div>' );
        }
    if ((lf_Position !== 1) && lf_Position !== 2) {
        switch (arrNavInfo[0]) {
            case 'ie':
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
                window.setInterval('ScrollHnd()', 30);
            break;
            case 'gek':
                if (window.onscroll === undefined) {
                    window.setInterval('ScrollHnd()', 30);
                } else {
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                }
            break;
            case 'opr':
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
            break;
            case 'kde':
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
            break;
            case 'wtv':
                if (window.onscroll === undefined) {
                    window.setInterval('ScrollHnd()', 30);
                } else {
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                }
            break;
        }
        ScrollHnd();
    }
}
function ScrollHnd()
{
    var divScroll;
    var wnd;
    var screenWd = 0;
    var screenHt = 0;
    var screenX = 0;
    var screenY = 0;
    var objDoc;
    var divLeft = 0;
    var divTop = 0;

    objDoc = document;
    wnd = window;

    if (objDoc.getElementById) {
        divScroll = objDoc.getElementById(divID);
        if (divScroll.style) {
```

-7-

```
            divScroll = divScroll.style;
        }
    }
    if (window.innerHeight)
    {
        screenHt = wnd.innerHeight;
        screenWd = wnd.innerWidth;
    }
    else if (objDoc.documentElement && ( objDoc.documentElement.clientWidth ||
objDoc.documentElement.clientHeight ))
    {
        screenWd = objDoc.documentElement.clientWidth;
        screenHt = objDoc.documentElement.clientHeight;

    }
    else if (objDoc.body && ( objDoc.body.clientWidth ||
objDoc.body.clientHeight ))
    {
        screenWd = objDoc.body.clientWidth;
        screenHt = objDoc.body.clientHeight;
    }
    if (window.innerHeight)
    {
        screenY = wnd.pageYOffset;
        screenX = wnd.pageXOffset;
    }
    else if (objDoc.body && ( objDoc.body.scrollLeft || objDoc.body.scrollTop ))
    {
        screenY = objDoc.body.scrollTop;
        screenX = objDoc.body.scrollLeft;
    }
    else     if (objDoc.documentElement && ( objDoc.documentElement.scrollLeft
|| objDoc.documentElement.scrollTop ))
    {
        screenY = objDoc.documentElement.scrollTop;
        screenX = objDoc.documentElement.scrollLeft;
    }
    divLeft = divLeft + lf_divHorPos;
    divTop = divTop + lf_divVerPos;
    divLeft = divLeft + screenX;
    divTop = divTop + screenY;
    if (lf_Position_Dynamic == 6) {
        divLeft = divLeft + ((screenWd / 2) - (lf_SWF_File_Width / 2));
    } else if (lf_Position_Dynamic == 7) {
        divLeft = divLeft + (screenWd - lf_SWF_File_Width);
        divTop = divTop + ((screenHt / 2) - (lf_SWF_File_Height / 2));
    } else if (lf_Position_Dynamic == 8) {
        divLeft = divLeft +((screenWd / 2) - (lf_SWF_File_Width / 2));
        divTop = divTop + (screenHt - lf_SWF_File_Height);
    } else if (lf_Position_Dynamic == 9) {
        divTop = divTop + ((screenHt / 2) - (lf_SWF_File_Height / 2));
    } else {
        if (lf_Position_Dynamic == 5)
        {
            divLeft = divLeft + ((screenWd / 2) - (lf_SWF_File_Width / 2));
            divTop = divTop - ((screenHt / 2) - (lf_SWF_File_Height / 2));
```

-8-

```
            }
            if (( lf_Position_Dynamic % 2 ) == 0)
            {
                divLeft = divLeft + (screenWd - lf_SWF_File_Width);
            }
            if (( lf_Position_Dynamic < 3 ) == false)
            {
                divTop = divTop + (screenHt - lf_SWF_File_Height);
            }
        }
        divScroll.left = divLeft + 'px';
        divScroll.top = divTop + 'px';
    }
    function compileLFOW()
    {
        lfParamString = '?lfID=' + lf_ID
        lfParamString += '&cOMW=' + lf_cOMW
        if (lf_cOMURL == '') {
            lfParamString += '&cOMURL=http://www.livefaceonweb.com'
        } else {
            lfParamString += '&cOMURL=' + escape(lf_cOMURL)
        }
        lfParamString += '&cOMWP=' + lf_cOMWP
        lfParamString += '&tDLB=' + lf_tDLB
        lfParamString += '&tDLA=' + lf_tDLA
        lfParamString += '&fIE=' + lf_fIE
        lfParamString += '&fIET=' + lf_fIET
        lfParamString += '&fIEP=' + lf_fIEP
        lfParamString += '&fOE=' + lf_fOE
        lfParamString += '&fOET=' + lf_fOET
        lfParamString += '&pBBE=' + lf_pBBE
        lfParamString += '&pBBBOF=' + lf_pBBBOF
        lfParamString += '&pBAE=' + lf_pBAE
        lfParamString += '&pBAOF=' + lf_pBAOF
        lfParamString += '&rOTPE=' + lf_rOTPE
        if (lf_rOTPURL == '') {
            lfParamString += '&rOTPURL=none'
        } else {
            lfParamString += '&rOTPURL=' + escape(lf_rOTPURL)
        }
        lfParamString += '&sFRAME=' + lf_sFRAME
        if (lf_AffiliateID == '') {
            lfParamString += '&lfAffiliateID=none'
        } else {
            lfParamString += '&lfAffiliateID=' + lf_AffiliateID
        }
        if (document.location.href == '') {
            lfParamString += '&sURL_Site=none'
        } else {
            lfParamString += '&sURL_Site=' + escape(document.location.href);
        }
        lfString = "<object classid='clsid:d27cdb6e-ae6d-11cf-96b8-444553540000'
width='" + lf_SWF_File_Width + "' height='" + lf_SWF_File_Height + "' id='obj" +
lf_ID + "' align='middle'
codebase='https://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#v
ersion=8,0,24,0' >";
```

-9-

```
        lfString += "<param name='movie' value='" + lf_URL + 'lfow.swf' +
lfParamString + "' />";
        lfString += "<param name='quality' value='high' />";
        lfString += "<param name='wmode' value='transparent' />";
        lfString += "<param name='allowScriptAccess' value='always' />";
        lfString += "<param name='loop' value='false' />";
        lfString += "<embed src='" + lf_URL + 'lfow.swf' + lfParamString + "'
allowScriptAccess='always' quality='high' wmode='transparent' loop='false'
width='" + lf_SWF_File_Width + "' height='" + lf_SWF_File_Height + "' name='obj"
+ lf_ID + "' align='middle' type='application/x-shockwave-flash'
pluginspage='https://www.macromedia.com/go/getflashplayer' />";
        lfString += "</object>";
}
function lf_createCookie(strName, strValue, strDays)
{
    if (strDays) {
        var date = new Date();
        date.setTime(date.getTime() + (strDays * 24 * 60 * 60 * 1000));
        var expires = '; expires=' + date.toGMTString();
    } else var expires = '';
    document.cookie = strName + '=' + strValue + expires + '; path=/';
}
function lf_readCookie(strName) {
    var strNameplus = strName + '=';
    var arrCk = document.cookie.split(';');
    for (var i = 0; i < arrCk.length; i++) {
        var c = arrCk[i];
        while (c.charAt(0) == ' ') c = c.substring(1, c.length);
        if (c.indexOf(strNameplus) == 0) return c.substring(strNameplus.length,
c.length);
    }
    return 'no';
}
```

-10-

LC COPYRIGHT

0 025 139 365 5

# EXHIBIT B

```
1   <!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN"
    "http://www.w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd">
2   <html xmlns="http://www.w3.org/1999/xhtml">
3   <head>
4
5
6   <script type="text/javascript" src="/static/js/analytics.js"></script>
7   <script type="text/javascript">archive_analytics.values.server_name="wwwb-
    app14.us.archive.org";archive_analytics.values.server_ms=277;</script>
8   <link type="text/css" rel="stylesheet" href="/static/css/banner-styles.css"/>
9
10
11  <meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1" />
12  <meta name="revisit-after" content="7 days" />
13  <meta name="robots" content="all" />
14  <meta name="Description" content="mold removal NY,mold inspections NY,mold remediation
    NYC,nyc mold removal,nyc mold inspections,nyc mold remediation,mold removal NYC, manhattan
    mold removal,manhattan mold inspections,bronx mold inspections,bronx mold removal,queens
    mold removal,queens mold inspections,mold inspections brooklyn,mold removal brooklyn,mold
    removal long island,mold inspections long island,staten island mold removal,staten island
    mold inspections, mold removal New York City" />
15  <meta name="Keywords" content="Mold removal NY, ny mold removal Mildew removal,mold removal
    NYC,mold inspections NYC,mold testing NYC, mold test NYC, mold companies NYC,fungi removal
    NYC, mold removal nj, mold cleanup NYC, black mold NYC, mold removal new jersey, NYC mold
    and mildew removal, mold removal new york,mold remdiation ny, organic mold removal NY,
    mildew remediation NYC, mold testing ny, mold removal company NY, mold removal services
    NYC,brooklyn mold removal,mold inspections brooklyn, mold removal brooklyn, mold
    inspections ny, mold removal Queens, mold inspections queens, long island mold removal
    ,staten island mold removal , manhattan mold removal" />
16  <title>Excellence In Mold Consulting and Mold Removal NYC - Mold Testing NYC, New York
    City, NY | Mold Inspections NYC | Mold Remediation NYC | Mold Test NYC - Manhattan,Long
    Island,Brooklyn,Staten Island,Queens, The Hamptons</title>
17  <link rel="stylesheet" type="text/css" href="style.css" />
18  <style type="text/css">
19  <!--
20  .ms-simple1-0000-main {
21  }
22  .ms-simple1-0000-even {
23  }
24  h2 {
25          margin-top:12.0pt;
26          margin-right:0in;
27          margin-bottom:3.0pt;
28          margin-left:0in;
29          page-break-after:avoid;
30          font-size:14.0pt;
31          font-family:Arial;
32          font-style:italic
33  }
34  .style4 {
35          font-size: 14pt
36  }
37  .style6 {
38          color: #006633
39  }
40  a:link {
41          color: #666666;
42  }
43  .style10 {color: #006633; font-weight: bold; }
44  .style12 {font-size: 16pt}
45  .style13 {
```

```
46        color: #FF0000;
47        font-weight: bold;
48        font-size: 14pt;
49 }
50 .style15 {color: #FF0000}
51 .style16 {
52        font-size: 12pt;
53        font-weight: bold;
54        color: #FF0000;
55        font-style: italic;
56 }
57 .style17 {
58        font-size: 10pt;
59        font-weight: bold;
60 }
61 body {
62        background-image: url();
63        background-color: #93C25D;
64 }
65 -->
66 </style>
67 <script src="Scripts/AC_RunActiveContent.js" type="text/javascript"></script>
68 <script type="text/javascript">
69 <!--
70 function MM_swapImgRestore() { //v3.0
71   var i,x,a=document.MM_sr; for(i=0;a&&i<a.length&&(x=a[i])&&x.oSrc;i++) x.src=x.oSrc;
72 }
73 function MM_preloadImages() { //v3.0
74   var d=document; if(d.images){ if(!d.MM_p) d.MM_p=new Array();
75     var i,j=d.MM_p.length,a=MM_preloadImages.arguments; for(i=0; i<a.length; i++)
76     if (a[i].indexOf("#")!=0){ d.MM_p[j]=new Image; d.MM_p[j++].src=a[i];}}
77 }
78
79 function MM_findObj(n, d) { //v4.01
80   var p,i,x;  if(!d) d=document; if((p=n.indexOf("?"))>0&&parent.frames.length) {
81   d=parent.frames[n.substring(p+1)].document; n=n.substring(0,p);}
82   if(!(x=d[n])&&d.all) x=d.all[n]; for (i=0;!x&&i<d.forms.length;i++) x=d.forms[i][n];
83   for(i=0;!x&&d.layers&&i<d.layers.length;i++) x=MM_findObj(n,d.layers[i].document);
84   if(!x && d.getElementById) x=d.getElementById(n); return x;
85 }
86
87 function MM_swapImage() { //v3.0
88   var i,j=0,x,a=MM_swapImage.arguments; document.MM_sr=new Array; for(i=0;i<(a.length-2);i+=3)
89     if ((x=MM_findObj(a[i]))!=null){document.MM_sr[j++]=x; if(!x.oSrc) x.oSrc=x.src;
x.src=a[i+2];}}
90 }
91 //-->
92 </script>
93 </head>
94 <body text="#000000" leftmargin="0" topmargin="5" marginheight="5"
   onload="MM_preloadImages('pix/aboutus_b.gif','pix/ourservices_b.gif','pix/aboutmold_b.gif',
   'pix/contactus_b.gif')">
95
96
97 <!-- BEGIN WAYBACK TOOLBAR INSERT -->
98 <script type="text/javascript" src="/static/js/disclaim-element.js" ></script>
99 <script type="text/javascript" src="/static/js/graph-calc.js" ></script>
100 <script type="text/javascript" src="/static/jflot/jquery.min.js" ></script>
101 <script type="text/javascript">//<![CDATA[
102
```

```
102    var __wm = (function(){
103    var wbPrefix = "/web/";
104    var wbCurrentUrl = "http://www.fiveboromoldspecialist.com/";
105
106    var firstYear = 1996;
107    var imgWidth = 500,imgHeight = 27;
108    var yearImgWidth = 25,monthImgWidth = 2;
109    var displayDay = "25";
110    var displayMonth = "Mar";
111    var displayYear = "2013";
112    var prettyMonths =
       ["Jan","Feb","Mar","Apr","May","Jun","Jul","Aug","Sep","Oct","Nov","Dec"];
113    var $D=document,$=function(n){return document.getElementById(n)};
114    var trackerVal,curYear = -1,curMonth = -1;
115    var yearTracker,monthTracker;
116    function showTrackers(val) {
117      if (val===trackerVal) return;
118      var $ipp=$("wm-ipp");
119      var $y=$("displayYearEl"),$m=$("displayMonthEl"),$d=$("displayDayEl");
120      if (val) {
121        $ipp.className="hi";
122      } else {
123        $ipp.className="";
124        $y.innerHTML=displayYear;$m.innerHTML=displayMonth;$d.innerHTML=displayDay;
125      }
126      yearTracker.style.display=val?"inline":"none";
127      monthTracker.style.display=val?"inline":"none";
128      trackerVal = val;
129    }
130    function getElementX2(obj) {
131      var $e=jQuery(obj);
132      return (typeof $e=="undefined"||typeof $e.offset=="undefined")?
133        getElementX(obj):Math.round($e.offset().left);
134    }
135    function trackMouseMove(event,element) {
136      var eventX = getEventX(event);
137      var elementX = getElementX2(element);
138      var xOff = Math.min(Math.max(0, eventX - elementX),imgWidth);
139      var monthOff = xOff % yearImgWidth;
140
141      var year = Math.floor(xOff / yearImgWidth);
142      var monthOfYear = Math.min(11,Math.floor(monthOff / monthImgWidth));
143      // 1 extra border pixel at the left edge of the year:
144      var month = (year * 12) + monthOfYear;
145      var day = monthOff % 2==1?15:1;
146      var dateString = zeroPad(year + firstYear) + zeroPad(monthOfYear+1,2) +
147        zeroPad(day,2) + "000000";
148
149      $("displayYearEl").innerHTML=year+firstYear;
150      $("displayMonthEl").innerHTML=prettyMonths[monthOfYear];
151      // looks too jarring when it changes..
152      //$("displayDayEl").innerHTML=zeroPad(day,2);
153      var url = wbPrefix + dateString + '/' +  wbCurrentUrl;
154      $("wm-graph-anchor").href=url;
155
156      if(curYear != year) {
157        var yrOff = year * yearImgWidth;
158        yearTracker.style.left = yrOff + "px";
159        curYear = year;
160      }
161
```

```
162      if(curMonth != month) {
163        var mtOff = year + (month * monthImgWidth) + 1;
164        monthTracker.style.left = mtOff + "px";
165        curMonth = month;
166      }
167    }
168    function hideToolbar() {
169      $("wm-ipp").style.display="none";
170    }
171    function bootstrap() {
172      var $spk=$("wm-ipp-sparkline");
173      yearTracker=$D.createElement('div');
174      yearTracker.className='yt';
175      with(yearTracker.style){
176        display='none';width=yearImgWidth+"px";height=imgHeight+"px";
177      }
178      monthTracker=$D.createElement('div');
179      monthTracker.className='mt';
180      with(monthTracker.style){
181        display='none';width=monthImgWidth+"px";height=imgHeight+"px";
182      }
183      $spk.appendChild(yearTracker);
184      $spk.appendChild(monthTracker);

185      var $ipp=$("wm-ipp");
186      $ipp&&disclaimElement($ipp);
187    }
188    return{st:showTrackers,mv:trackMouseMove,h:hideToolbar,bt:bootstrap};
189    })();//]]>
190    </script>
191    <style type="text/css">
192    body {
193      margin-top:0 !important;
194      padding-top:0 !important;
195      min-width:800px !important;
196    }
197    </style>

198    <div id="wm-ipp" lang="en" style="display:none;">

199

200    <div style="position:fixed;left:0;top:0;width:100%!important">
201    <div id="wm-ipp-inside">
202      <table style="width:100%;"><tbody><tr>
203      <td id="wm-logo">
204        <a href="/web/" title="Wayback Machine home page"><img
    src="/static/images/toolbar/wayback-toolbar-logo.png" alt="Wayback Machine" width="110"
    height="39" border="0" /></a>
205      </td>
206      <td class="c">
207        <table style="margin:0 auto;"><tbody><tr>
208        <td class="u" colspan="2">
209        <form target="_top" method="get" action="/web/form-submit.jsp" name="wmtb"
    id="wmtb"><input type="text" name="url" id="wmtbURL"
    value="http://www.fiveboromoldspecialist.com/" style="width:400px;"
    onfocus="this.focus();this.select();" /><input type="hidden" name="type" value="replay" />
    <input type="hidden" name="date" value="20130325122151" /><input type="submit" value="Go"
    /><span id="wm_tb_options" style="display:block;"></span></form>
210      </td>
211      <td class="n" rowspan="2">
212        <table><tbody>
213          <!-- NEXT/PREV MONTH NAV AND MONTH INDICATOR -->
```

```
214                <tr class="m">
215                   <td class="b" nowrap="nowrap">
216
217                      <a href="/web/20130118111030/http://www.fiveboromoldspecialist.com/"
       title="18 Jan 2013">JAN</a>
218
219                   </td>
220                   <td class="c" id="displayMonthEl" title="You are here: 12:21:51 Mar 25,
       2013">MAR</td>
221                   <td class="f" nowrap="nowrap">
222
223                      <a href="/web/20130429133805/http://www.fiveboromoldspecialist.com/"
       title="29 Apr 2013"><strong>APR</strong></a>
224
225                   </td>
226                </tr>
227                <!-- NEXT/PREV CAPTURE NAV AND DAY OF MONTH INDICATOR -->
228                <tr class="d">
229                   <td class="b" nowrap="nowrap">
230
231                      <a href="/web/20130118111030/http://www.fiveboromoldspecialist.com/"
       title="11:10:30 Jan 18, 2013"><img src="/static/images/toolbar/wm_tb_prv_on.png"
       alt="Previous capture" width="14" height="16" border="0" /></a>
232
233                   </td>
234                   <td class="c" id="displayDayEl" style="width:34px;font-size:24px;"
       title="You are here: 12:21:51 Mar 25, 2013">25</td>
235                   <td class="f" nowrap="nowrap">
236
237                      <a href="/web/20130328185200/http://www.fiveboromoldspecialist.com/"
       title="18:52:00 Mar 28, 2013"><img src="/static/images/toolbar/wm_tb_nxt_on.png" alt="Next
       capture" width="14" height="16" border="0" /></a>
238
239                   </td>
240                </tr>
241                <!-- NEXT/PREV YEAR NAV AND YEAR INDICATOR -->
242                <tr class="y">
243                   <td class="b" nowrap="nowrap">
244
245                      <a href="/web/20120323182648/http://www.fiveboromoldspecialist.com/"
       title="23 Mar 2012"><strong>2012</strong></a>
246
247                   </td>
248                   <td class="c" id="displayYearEl" title="You are here: 12:21:51 Mar 25,
       2013">2013</td>
249                   <td class="f" nowrap="nowrap">
250
251                      <a href="/web/20140517134447/http://fiveboromoldspecialist.com/"
       title="17 May 2014"><strong>2014</strong></a>
252
253                   </td>
254                </tr>
255                </tbody></table>
256             </td>
257          </tr>
258          <tr>
259          <td class="s">
260             <a class="t" href="/web/20130325122151*/http://www.fiveboromoldspecialist.com/"
       title="See a list of every capture for this URL">46 captures</a>
261             <div class="r" title="Timespan for captures of this URL">21 Apr 06 - 12 Jul
```

```
14</div>
262        </td>
263        <td class="k">
264        <a href="" id="wm-graph-anchor">
265        <div id="wm-ipp-sparkline" title="Explore captures for this URL">
266          <img id="sparklineImgId" alt="sparklines"
267              onmouseover="__wm.st(1)" onmouseout="__wm.st(0)"
268              onmousemove="__wm.mv(event,this)"
269              width="500"
270              height="27"
271              border="0"
272              src="/web/jsp/graph.jsp?
graphdata=500_27_1996:-1:000000000000_1997:-1:000000000000_1998:-1:000000000000_1999:-1:000
000000000_2000:-1:000000000000_2001:-1:000000000000_2002:-1:000000000000_2003:-1:0000000000
00_2004:-1:000000000000_2005:-1:000000000000_2006:-1:000110000000_2007:-1:000000000000_2008
:-1:000000011000_2009:-1:000100011001_2010:-1:101000000000_2011:-1:010000111221_2012:-1:211
101110110_2013:2:102223011000_2014:-1:110010100000_2015:-1:000000000000" />
273        </div>
274        </a>
275        </td>
276        </tr></tbody></table>
277      </td>
278      <td class="r">
279        <a href="#close" onclick="__wm.h();return false;" style="background-
image:url(/static/images/toolbar/wm_tb_close.png);top:5px;" title="Close the
toolbar">Close</a>

280        <a href="http://faq.web.archive.org/" style="background-
image:url(/static/images/toolbar/wm_tb_help.png);bottom:5px;" title="Get some help using
the Wayback Machine">Help</a>
281      </td>
282      </tr></tbody></table>
283 </div>
284 </div>
285 </div>
286 <script type="text/javascript">__wm.bt();</script>
287 <!-- END WAYBACK TOOLBAR INSERT -->
288
289 <table border="0" align="center" cellpadding="0" cellspacing="0" background="#fff">
290 <tr>
291      <td align="center" valign="top"><div align="center">
292          <table border="0" cellspacing="0" cellpadding="0" background="pix/bg_main.jpg"
style="background-repeat:repeat-y;" width="781">
293            <tr>
294              <td align="left" valign="top" width="191"><table  border="0" align="left"
cellpadding="0" cellspacing="0">
295                <tr>
296                  <td align="left" valign="top" height="137" width="200"><img
src="pix/1.gif" alt="5Boro Mold Specialists-mold removal nyc,mold inspections nyc toxic
mold removal" width="200" height="151" /></td>
297                </tr>
298                <tr>
299                  <td align="left" valign="top" width="200" height="94"><img
src="pix/2.gif" width="200" height="94" /></td>
300                </tr>
301                  <td align="center" valign="middle" width="200" height="30"
background="pix/3.gif"><br />
302                  <p class="style1 style15"><strong>Click Here To See Our New
Site</strong></p>
303                  <p><a
href="/web/20130325122151/http://www.fiveboromoldinspections.com/"><img
```

```
              src="/web/20130325122151im_/http://www.fiveboromoldspecialist.com/pix/screenshotnewsite350.
              jpg" alt="" width="173" height="111" /></a></p></td>
304                   </tr>
305                   <tr>
306                     <td align="center" width="200" height="372"
              background="pix/leftspacer.gif"><a href="/web/20130325122151/http://www.iaqcouncil.org/">
              <img src="logos/IAQA_large.jpg" alt="Indoor Air Quality Association" width="63" height="96"
              border="0" /></a><br />
307                          ID # 8962<br/>
308                     <a href="/web/20130325122151/http://www.usgbc.org/"><img
              src="logos/member_logo_blk-green.JPG" alt="U.S. Green Building Council" width="70"
              height="71" border="0" /></a><br />
309                          ID # 31786241<br/>
310                     <a href="/web/20130325122151/http://www.aiha.org/Content"> <img
              src="logos/AIHA_OrgMember-logo.jpg" alt="AIHA Member" width="108" height="52" border="0" />
              </a><br />
311                          ID # 192872<br />
312                     <a href="/web/20130325122151/http://www.moldpro.org/"> <img
              src="logos/NAMP_large.jpg" alt="NAMP" width="108" height="45" border="0" /></a><br />
313                          ID # 1218</td>
314                   </tr>
315                   <tr>
316                     <td align="center" width="200" height="122"
              background="pix/leftspacer.gif"><a href="/web/20130325122151/http://www.ecoquest.com/">
              <img border="0" src="eco.JPG" width="118" height="108" /></a></td>
317                   </tr>
318                   <tr>
319                     <td  width="200" height="343" background="pix/leftspacer.gif"
              valign="top"  class="padding"><br />
320                     <br />
321                      <span class="wording"><b>Mold Removal Service Guarantee:<br />
322                     </b>Five Boro Mold Specialist will guarantee that upon completion of
              mold remediation services performed, all elevations of fungi and/or mold growth will be
              removed from affected areas. In addition we guarantee that no new mold will reappear in the
              treated areas for up to 2 years from the date of remediation. Should there be a problem for
              any reason whatsoever, we will send a technician to the property to address the issue
              accordingly. All guarantees are in effect once all pertinent fees are paid in full by the
323
324                          client. </span></td>
325                   </tr>
326                   <tr>
327                     <td align="center" width="200" height="308"
              background="pix/leftspacer.gif" valign="top" class="wording"><br />
328                     <br />
329                     Water Damage Consulting and structural engineers are also available.
              The Five Boro Mold staff are extremely knowledgeable in mold remediation and treats each
              property and an individual basis, always proving you with a clean healthy environment. In
              fact, we are so confident in our services that we offer our trademark satisfaction
              guarantee on all projects to effectively rid your property with all mold and water damage
              contaminants. It's no wonder we have a reputation as NYC's pioneer and leader in effective
              mold inspection, remediation, and water damage restoration. </td>
330                   </tr>
331                   <tr>
332                     <td align="left" valign="top" height="60"
              background="pix/leftspacer.gif">
333                     <p><img src="pix/img_1.jpg"/></p></td>
334                   </tr>
335
336                   <tr>
337                     <td align="left" valign="top" height="60"
```

```
338              </tr>
339
340          <tr>
341              <td align="center" width="200" height="657"
background="pix/leftspacer.gif" valign="top"><p><a
href="/web/20130325122151/http://www.indoorstandards.org/"><img src="ieso.jpg" alt="1"
width="180" height="75" border="0" align="top" /></a><br />
342              <br />
343               <a href="/web/20130325122151/http://www.ansi.org/"><img
src="ANSI_logo.jpg" alt="6" width="150" height="57" border="0" align="top" /></a></p>
344              <p><a href="/web/20130325122151/http://www.nadca.com/"><img
src="Nadca.JPG" alt="7" width="143" height="88" border="0" align="top" /></a></p>
345              <p><a href="/web/20130325122151/http://www.nsf.gov/"><img
src="nsf.jpg" alt="8" width="126" height="125" border="0" align="top" /></a></p>
346              <p><a href="/web/20130325122151/http://www.iaacm.org/"><img
src="IAACM.JPG" alt="1" width="169" height="125" border="0" /></a></p>
347              <ul>
348              <li>
349                  <div align="left"><a
href="/web/20130325122151/http://www.fiveboromoldspecialist.com/nyc-mold-inspections.php"
title="nyc mold inspections ">nyc mold inspections </a></div>
350              </li>
351              <li>
352                  <div align="left"><a
href="/web/20130325122151/http://www.fiveboromoldspecialist.com/brooklyn-mold-
inspections.php" title=" brooklyn mold inspections "> brooklyn mold inspections </a></div>
353              </li>
354              <li>
355                  <div align="left"><a
href="/web/20130325122151/http://www.fiveboromoldspecialist.com/bronx-mold-inspections.php"
title=" bronx mold inspections "> bronx mold inspections </a></div>
356              </li>
357              <li>
358                  <div align="left"><a
href="/web/20130325122151/http://www.fiveboromoldspecialist.com/manhattan-mold-
inspections.php" title=" manhattan mold inspections "> manhattan mold inspections </a>
</div>
359              </li>
360              <li>
361                  <div align="left"><a
href="/web/20130325122151/http://www.fiveboromoldspecialist.com/queens-mold-
inspections.php" title=" queens mold inspections "> queens mold inspections </a></div>
362              </li>
363              <li>
364                  <div align="left"><a
href="/web/20130325122151/http://www.fiveboromoldspecialist.com/long-island-mold-
inspections.php" title=" long island mold inspections "> long island mold inspections </a>
</div>
365              </li>
366              <li>
367                  <div align="left"><a
href="/web/20130325122151/http://www.fiveboromoldspecialist.com/staten-island-mold-
inspections.php" title=" staten island mold inspections "> staten island mold inspections
</a></div>
368              </li>
369              <li>
370                  <div align="left"><a
href="/web/20130325122151/http://www.fiveboromoldspecialist.com/new-york-city-mold-
inspections.php" title=" new york city mold inspections "> new york city mold inspections
</a></div>
```

```
371              </li>
372              <li>
373              <div align="left"><a
href="/web/20130325122151/http://www.fiveboromoldspecialist.com/new-york-mold-
inspections.php" title=" new york mold inspections "> new york mold inspections </a></div>
374              </li>
375              <li>
376              <div align="left"><a
href="/web/20130325122151/http://www.fiveboromoldspecialist.com/ny-mold-inspections.php"
title=" ny mold inspections "> ny mold inspections </a></div>
377              </li>
378              <li>
379              <div align="left"><a
href="/web/20130325122151/http://www.fiveboromoldspecialist.com/nyc-mold-removal.php"
title=" nyc mold removal "> nyc mold removal </a></div>
380              </li>
381              <li>
382              <div align="left"><a
href="/web/20130325122151/http://www.fiveboromoldspecialist.com/brooklyn-mold-removal.php"
title=" brooklyn mold removal "> brooklyn mold removal </a></div>
383              </li>
384              <li>
385              <div align="left"><a
href="/web/20130325122151/http://www.fiveboromoldspecialist.com/bronx-mold-removal.php"
title=" bronx mold removal "> bronx mold removal </a></div>
386              </li>
387              <li>
388              <div align="left"><a
href="/web/20130325122151/http://www.fiveboromoldspecialist.com/manhattan-mold-removal.php"
title=" manhattan mold removal "> manhattan mold removal </a></div>
389              </li>
390              <li>
391              <div align="left"><a
href="/web/20130325122151/http://www.fiveboromoldspecialist.com/queens-mold-removal.php"
title=" queens mold removal "> queens mold removal </a></div>
392              </li>
393              <li>
394              <div align="left"><a
href="/web/20130325122151/http://www.fiveboromoldspecialist.com/long-island-mold-
removal.php" title=" long island mold removal "> long island mold removal </a></div>
395              </li>
396              <li>
397              <div align="left"><a
href="/web/20130325122151/http://www.fiveboromoldspecialist.com/staten-island-mold-
removal.php" title=" staten island mold removal "> staten island mold removal </a></div>
398              </li>
399              <li>
400              <div align="left"><a
href="/web/20130325122151/http://www.fiveboromoldspecialist.com/new-york-city-mold-
removal.php" title=" new york city mold removal "> new york city mold removal </a></div>
401              </li>
402              <li>
403              <div align="left"><a
href="/web/20130325122151/http://www.fiveboromoldspecialist.com/new-york-mold-removal.php"
title=" new york mold removal "> new york mold removal </a></div>
404              </li>
405              <li>
406              <div align="left"><a
href="/web/20130325122151/http://www.fiveboromoldspecialist.com/ny-mold-removal.php"
title=" ny mold removal "> ny mold removal </a></div>
407              </li>
```

```
408
409                         <div align="left"><a
      href="/web/20130325122151/http://www.fiveboromoldspecialist.com/nyc-mold-testing.php"
      title=" nyc mold testing "> nyc mold testing </a></div>
410                         </li>
411                         <li>
412                         <div align="left"><a
      href="/web/20130325122151/http://www.fiveboromoldspecialist.com/brooklyn-mold-testing.php"
      title=" brooklyn mold testing "> brooklyn mold testing </a></div>
413                         </li>
414                         <li>
415                         <div align="left"><a
      href="/web/20130325122151/http://www.fiveboromoldspecialist.com/bronx-mold-testing.php"
      title=" bronx mold testing "> bronx mold testing </a></div>
416                         </li>
417                         <li>
418                         <div align="left"><a
      href="/web/20130325122151/http://www.fiveboromoldspecialist.com/manhattan-mold-testing.php"
      title=" manhattan mold testing "> manhattan mold testing </a></div>
419                         </li>
420                         <li>
421                         <div align="left"><a
      href="/web/20130325122151/http://www.fiveboromoldspecialist.com/queens-mold-testing.php"
      title=" queens mold testing "> queens mold testing </a></div>
422                         </li>
423                         <li>
424                         <div align="left"><a
      href="/web/20130325122151/http://www.fiveboromoldspecialist.com/long-island-mold-
      testing.php" title=" long island mold testing "> long island mold testing </a></div>
425                         </li>
426                         <li>
427                         <div align="left"><a
      href="/web/20130325122151/http://www.fiveboromoldspecialist.com/staten-island-mold-
      testing.php" title=" staten island mold testing "> staten island mold testing </a></div>
428                         </li>
429                         <li>
430                         <div align="left"><a
      href="/web/20130325122151/http://www.fiveboromoldspecialist.com/new-york-city-mold-
      testing.php" title=" new york city mold testing "> new york city mold testing </a></div>
431                         </li>

432                         <li>
433                         <div align="left"><a
      href="/web/20130325122151/http://www.fiveboromoldspecialist.com/new-york-mold-testing.php"
      title=" new york mold testing "> new york mold testing </a></div>
434                         </li>
435                         <li>
436                         <div align="left"><a
      href="/web/20130325122151/http://www.fiveboromoldspecialist.com/ny-mold-testing.php"
      title=" ny mold testing"> ny mold testing</a></div>
437                         </li>
438                     </ul>                        <p> </p></td>
439                     </tr>
440                   </table></td>
441               <td align="left" valign="top" background="#fff" width="398"><table
      width="398" border="0" cellspacing="0" cellpadding="0" height="100%" align="left"
      id="centertable">
442                 <tr>
443                   <td height="1015" align="center" valign="top">
444                     <table border="0" class="ms-simple1-0000-main">
445                       <!-- fpstyle: 1,100000000 -->
446
```

```
447                     <td class="ms-simple1-0000-even"><table width="450" border="0"
     cellspacing="1" cellpadding="0" align="center">
448         <tr align="center" valign="top">
449                         <td width="95"><a href="index.php" ><img src="pix/b1.png"
     alt="home" width="95" height="125" border="0" /></a></td>
450                         <td width="95"><a href="aboutus.php"
     onmouseout="MM_swapImgRestore()"
     onmouseover="MM_swapImage('Image1','','pix/aboutus_b.gif',1)"><img src="pix/b2.png"
     alt="ABOUT US" name="Image1" width="95" height="126" border="0" id="Image1" /></a></td>
451                         <td width="95"><a href="ourservices.php"
     onmouseout="MM_swapImgRestore()"
     onmouseover="MM_swapImage('Image2','','pix/ourservices_b.gif',1)"><img src="pix/b3.png"
     alt="OUR SERVICES" name="Image2" width="95" height="126" border="0" id="Image2" /></a></td>
452                         <td width="95"><a href="aboutmold.php"
     onmouseout="MM_swapImgRestore()"
     onmouseover="MM_swapImage('Image3','','pix/aboutmold_b.gif',1)"><img src="pix/b8.png"
     alt="ABOUT MOLD" name="Image3" width="95" height="126" border="0" id="Image3" /></a></td>
453                         <td width="95"><a href="contactus.php"
     onmouseout="MM_swapImgRestore()"
     onmouseover="MM_swapImage('Image4','','pix/contactus_b.gif',1)"><img src="pix/b7.png"
     alt="CONTACT US" name="Image4" width="95" height="126" border="0" id="Image4" /></a></td>
454                     </tr>
455                   </table></td>
456                 </tr>
457                 <tr>
458                   <td align="center" valign="bottom" class="ms-simple1-0000-even">
     <img src="pix/welcome.gif" width="294" height="13" /></td>
459                 </tr>
460
461                 <tr>
462                   <td align="center" valign="top"><h1 align="center" class="style12
     style15"><blink>Hurricane Sandy Relief</blink> <span class="style13"> - (718) 677-
     6653</span></h1>
463                     <p align="center" class="style16">We are FEMA Registered and
     OSHA Registered </p>
464                     <h1 align="center" class="style17">Mold Removal NYC - Mold
     Inspections NYC - Mold Remediation NYC</h1>
465                     <p align="center" class="style12">
466                       <iframe width="400" height="225"
     src="/web/20130325122151if_/http://www.youtube.com/embed/5FNNP_9bppA" frameborder="0"
     allowfullscreen></iframe>
467                     </p>
468                     <p align="center"><blink><span class="style13">Call Now - (718)
     677-6653</span></blink></p>
469                     <p align="center">  <script type="text/javascript" src="opt-
     box/ajax.js"></script>
470 <script type="text/javascript" src="opt-box/submit_form.js"></script>
471
472 <link href="opt-box/opt_styles.css" rel="stylesheet" type="text/css" />
473 <div id="opt_box">
474      <p class="opt_text">
475            If you are interested in our services, please fill out the questionnaire
     found below.
476      </p>
477
478      <p class="opt_text">
479            This will help us provide the best possible service and determine the
     urgency
480            of your problem;or Call Free 7 Days/24Hours
```

```
481              </p>
482
483         <form method="post"
      action="/web/20130325122151/http://www.fiveboromoldspecialist.com/index.php"
      onsubmit="return SubmitForm();">
484              <table border="0" cellpadding="0" cellspacing="0" id="opt_table">
485                   <!--
486                   <tr>
487                        <th colspan="2" class="opt_t_header">Contact
      Information</th>
488                   </th>
489                   -->
490                   <tr>
491                        <th class="opt_header">Business Name</th>
492                        <td><input class="opt_input_box" type="text"
      name="business_name" id="business_name" /></td>
493                   </tr>
494
495                   <tr>
496                        <th class="opt_header"><span class="important">*
      </span>First Name</th>
497                        <td><input class="opt_input_box" type="text"
      name="first_name" id="first_name" /></td>
498                   </tr>
499
500                   <tr>
501                        <th class="opt_header"><span class="important">*
      </span>Family Name</th>
502                        <td><input class="opt_input_box" type="text"
      name="family_name" id="family_name" /></td>
503                   </tr>
504
505                   <tr>
506                        <th class="opt_header">Street Address</th>
507                        <td><input class="opt_input_box" type="text" name="address"
      id="address" /></td>
508                   </tr>
509
510                   <tr>
511                        <th class="opt_header">City, State, Zip</th>
512                        <td><input class="opt_input_box" type="text"
      name="city_state_zip" id="city_state_zip" /></td>
513                   </tr>
514
515                   <tr>
516                        <th class="opt_header"><span class="important">*
      </span>Telephone</th>
517                        <td><input class="opt_input_box" type="text" name="phone"
      id="phone" /></td>
518                   </tr>
519
520                   <tr>
521                        <th class="opt_header"><span class="important">*
      </span>Email</th>
522                        <td><input class="opt_input_box" type="text" name="email"
      id="email" /></td>
523                   </tr>
524              </table>
525
526              <ul>
```

```
527                          <li>Manhattan: (212) 534-MOLD(6653)</li>
528                          <li>Long Island: (516) 627-MOLD(6653)</li>
529                          <li>Brooklyn: (718) 677-MOLD(6653)</li>
530                          <li> </li>
531                          <li>Toll Free: (888) 5Boro-911</li>
532                      </ul>
533
534                  <input type="submit" name="submit" value="Submit" onclick='/thankyou.php'
   id="opt_submit" />
535                  <input type="reset" name="reset" value="Reset" id="opt_reset" />
536          </form>
537   </div>
538   <!-- nycmoldman@gmail.com -->
539   </p>
540   <p align="center"><img src="pix/BBB.jpg" alt="NY mold removal" width="149" height="51" />
      <a href="/web/20130325122151/http://www.facebook.com/pages/Five-Boro-Mold-
      Specialist/126722967423162">
541          <img src="pix/fbook.png" width="46" height="46" /></a><a
      href="/web/20130325122151/https://plus.google.com/111122347781377958880/posts"><img
      src="pix/g+.png" width="43" height="43" alt="" title="" /></a><a
      href="/web/20130325122151/https://twitter.com/nycmoldremoval"><img src="pix/twitter.png"
      width="46" height="46" alt="" title="" /></a><a
      href="/web/20130325122151/http://www.linkedin.com/pub/marty-katz/4a/9b8/26b"><img
      src="pix/linkedin.png" width="46" height="46" alt="" title="" /></a></p><p
      align="center"><span class="style16">Check Out Our New Website</span></p>
542
543   <p align="center"><a href="/web/20130325122151/http://www.fiveborosmoldinspections.com/">
      <img
      src="/web/20130325122151im_/http://www.fiveboromoldspecialist.compix/screenshotnewsite350.j
      pg" width="350" height="158" /></a></p>
544   <h2 align="center" class="style1">Brooklyn Mold Removal - Bronx Mold Removal - Manhattan
      Mold Removal - Queens Mold Removal - Staten Island Mold Removal - Long Island Mold
      Removal</h2>
545                  <h3 align="left" class="wording">New York City Mold Removal -
      New York City Mold Testing </h3>
546                  <p class="wording">Five Boro Mold Specialist</a> has over
      twenty years of experience in mold inspections, mold removal, mold remediation</a>, mold
      abatement, mildew removal, and water damage prevention for NYC&#8217;s five boroughs and
      the general <a href="/web/20130325122151/http://www.fiveboromoldspecialist.com/USA--Mold-
      Mildew-Removal-Remediation-NYC-Inspection.htm">metropolitan area in NYC</a>. We use state
      of the art equipment and follow industry guidelines to rid your property of mold. Our
      highly experienced staff is professionally and dedicated to providing premium service. We
      work closely with our clients to understand their needs and concerns both during and after
      the mold inspection and/or mold remediation processes. Experience relief working with the
      pioneers in effective mold removal and schedule a mold inspection today. <i><b>Our phone
      hours are from 9AM to 5PM but we provide 24 Hour emergency service. If you call we will
      happily receive your message via answering service and contact you as soon as possible.</b>
      </i></p>
547                  <a
      href="/web/20130325122151/http://www.youtube.com/fiveboromold" target="_blank"><img
      src="pix/mold_39.jpg" border="0" /></a> </p>
548                  <h2 class="style6 style4"><strong>NYC Mold Removal &amp; Mold
      Remediation Services- NYC, Manhattan,Brooklyn,Queens,Bronx,Staten Island,Long
      Island</strong></h2>
549                  <p class="wording"><strong>Five Boro Mold Specialist is now
      offering special mold nspection, mold testing, and mold removal services by request for a
      24 hour mold reversal as well as 24 hour lab results. We have a team of specially trained,
      highly certified technicians who can complete mold remediation services within hours
      proceeding our standard mold inspection. We aso have a lab ready to test samples and
      deliver results within 24 hours proceeding</strong> <strong>our initial inspection. These
      services are by request only.</strong></p>
```

```
550        <h3>The following is the 6 step process for standard  mold
       inspections performed by Five Boro Mold Specialist:</h3>
551            <ul>
552                <li>
553                    <p>We send two certified technicians to the property to
       perform        a complete diagnostic along with a visual assessment of the     property.
       </p>
554                </li>
555                <li>
556                    <p>The technicians then take swab samples to verify the
       presence        of mold/mildew growth on the actual surface itself (such as     sheetrock
       walls) and air samples from both inside and outside the        property to do a baseline
       comparison to verify if mold conditions         exist in elevated levels throughout the
       property.</p>
557                </li>
558                <li>
559                    <p>In addition to the sampling, the technicians then use
       infrared cameras to evaluate the source of moisture intrusions        and/or condensation
       behind the walls and/or ceilings to determine   the source of mold growth. (In order to
       properly remove mold, it is    necessary to correct any source of moisture intrusions).
       </p>
560                </li>
561                <li>
562                    <p>The technicians then use particle counters throughout
       the     property to determine the amount of negative particles that are in     elevated
       levels in comparison to the outside.</p>
563                </li>
564            </ul>
565            <p>Within 2-3 business days, Five Boro  Mold Specialist will
       receive the lab results and submit them to the  client along with a full mold report from
       our company detailing the  findings of the technicians and verifying:<br />
566            <ol>
567                <li>
568                    <p>If mold exists throughout the property</p>
569                </li>
570                <li>
571                    <p>How severe the growth is</p>
572                </li>
573                <li>
574                    <p>The quantities in which the mold is present</p>
575                </li>
576                <li>
577                    <p>The types of mold found (both toxic and non-toxic)</p>
578                </li>
579                <li>
580                    <p>The process necessary to remove the mold</p>
581                </li>
582                <li>
583                    <p>How to prevent it from re-occurring</p>
584                </li>
585                <li>
586                    <p>Specific recommendations to inhibit future moisture
       intrusions and control levels of humidity, if applicable.</p>
587                </li>
588                <li>
589                    <p>The mold report will also include both infrared and
       regular        images along with their descriptions portraying all sources of water
       damage and/or mold growth.</p>
590                </li>
591            </ol>
592
```

```
593              <h3>Mold Inspections Manhattan, Brooklyn mold  inspections
      ,Bronx mold inspections, Queens mold inspection,Long  Island mold inspection </h3>
594              <p>The cost for the inspection is $550 and that includes air
      testing,  swab sampling, infrared technology as well as moisture readings and  particle
      counters and a detailed report clarifying the type of mold  present, if it is toxic or non-
      toxic, how severe the growth is, the  rate at which it is spreading and the health symptoms
      relating to the  form of mold found. If the mold growth has possibly escalated to  another
      floor in the property, additional tests are required at a  charge of $100/test. </p>
595              <h4>Professional Mold Testing Report Overview-</h4>
596              <p align="center"><object width="445" height="364"><param
      name="movie" value="http://www.youtube.com/v/njgKSnh6Ab0&amp;hl=en_US&amp;fs=1?
      color1=0x234900&amp;color2=0x4e9e00&amp;hd=1&amp;border=1"></param><param
      name="allowFullScreen" value="true"></param><param name="allowscriptaccess" value="always">
      </param><embed
      src="/web/20130325122151oe_/http://www.youtube.com/v/njgKSnh6Ab0&amp;hl=en_US&amp;fs=1?
      color1=0x234900&amp;color2=0x4e9e00&amp;hd=1&amp;border=1" type="application/x-shockwave-
      flash" allowscriptaccess="always" allowfullscreen="true" width="445" height="364"></embed>
      </object></p>
597              <p class="text style4"><strong>News! The New York Times
      Considers Five Boro Mold Specialist the #1 Mold Inspection and Remediation company.
      </strong></p>
598
599              <blockquote>
600              <p class="wording"><img border="0" src="Crew1.JPG"
      width="380" height="287" alt="mold removal NY" /></p>
601              </blockquote>                                    </td>
602              </tr>
603              <tr>
604              <td align="center" class="ms-simple1-0000-even"><h3>Introducing
      the latest technology in water leak and mold inspection and mold detection: High-Tech
      Infrared Cameras!</h3></td>
605              </tr>
606              <tr>
607              <td align="center" valign="top"  class="ms-simple1-0000-even"><!-
      -
608
609                              <a
      href="/web/20130325122151/http://www.fiveboromoldspecialist.com/clientform.htm"><img
      src="pix/schedule.gif" width="266" height="38"></a>
610
611                              -->
612              <script type="text/javascript" src="opt-box/ajax.js"></script>
613      <script type="text/javascript" src="opt-box/submit_form.js"></script>
614
615      <link href="opt-box/opt_styles.css" rel="stylesheet" type="text/css" />
616      <div id="opt_box">
617              <p class="opt_text">
618                      If you are interested in our services, please fill out the questionnaire
      found below.
619              </p>
620
621              <p class="opt_text">
622                      This will help us provide the best possible service and determine the
      urgency
623                      of your problem;or Call Free 7 Days/24Hours
624              </p>
625
626              <form method="post"
      action="/web/20130325122151/http://www.fiveboromoldspecialist.com/index.php"
      onsubmit="return SubmitForm();">
627
```

```
628                     <table border="0" cellpadding="0" cellspacing="0" id="opt_table">
629                         <!--
630                         <tr>
631                             <th colspan="2" class="opt_t_header">Contact
     Information</th>
632                         </th>
633                         -->
634                         <tr>
635                             <th class="opt_header">Business Name</th>
                                <td><input class="opt_input_box" type="text"
     name="business_name" id="business_name" /></td>
636                         </tr>
637
638                         <tr>
639                             <th class="opt_header"><span class="important">*
     </span>First Name</th>
640                             <td><input class="opt_input_box" type="text"
     name="first_name" id="first_name" /></td>
641                         </tr>
642
643                         <tr>
644                             <th class="opt_header"><span class="important">*
     </span>Family Name</th>
645                             <td><input class="opt_input_box" type="text"
     name="family_name" id="family_name" /></td>
646                         </tr>
647
648                         <tr>
649                             <th class="opt_header">Street Address</th>
650                             <td><input class="opt_input_box" type="text" name="address"
     id="address" /></td>
651                         </tr>
652
653                         <tr>
654                             <th class="opt_header">City, State, Zip</th>
655                             <td><input class="opt_input_box" type="text"
     name="city_state_zip" id="city_state_zip" /></td>
656                         </tr>
657
658                         <tr>
659                             <th class="opt_header"><span class="important">*
     </span>Telephone</th>
660                             <td><input class="opt_input_box" type="text" name="phone"
     id="phone" /></td>
661                         </tr>
662
663                         <tr>
664                             <th class="opt_header"><span class="important">*
     </span>Email</th>
665                             <td><input class="opt_input_box" type="text" name="email"
     id="email" /></td>
666                         </tr>
667                     </table>
668
669                     <ul>
670                         <li>Manhattan: (212) 534-MOLD(6653)</li>
671                         <li>Long Island: (516) 627-MOLD(6653)</li>
672                         <li>Brooklyn: (718) 677-MOLD(6653)</li>
673                         <li> </li>
674                         <li>Toll Free: (888) 5Boro-911</li>
675
```

```
676
677                 <input type="submit" name="submit" value="Submit" onclick='/thankyou.php'
        id="opt_submit" />
678                 <input type="reset" name="reset" value="Reset" id="opt_reset" />
679             </form>
680    </div>
681    <!-- nycmoldman@gmail.com -->
682    </td>
683                         </tr>
684                         <tr>
685                             <td class="ms-simple1-0000-even"><table width="380"  border="0"
        align="center" id="table1">
686                             <tr>
687                                 <td width="100" align="center"><img src="pix/BCAM_back.jpg"
        width="36" height="90" alt="mold testing NYC" /></td>
688                                     <td width="92" align="center"><img
        src="pix/bldg_full_v.jpg" width="64" height="102" alt="mold inspections NYC" /></td>
689                                     <td width="83" align="center"><img
        src="pix/bldg_full_ir.jpg" width="63" height="102" alt="mold testing NY" /></td>
690                                     <td width="105" align="center"><img
        src="pix/BCAM_sideright.jpg" width="75" height="90" alt="NYC,NY mold removal" /></td>
691                                 </tr>
692                             </table></td>
693                         </tr>
694                 </table></td>
695             </tr>
696         </table></td>
697                 <td align="left" valign="top" width="192" height="100%"><table border="0"
        cellspacing="0" cellpadding="0" background="pix/rightspacer.gif" valign="top">
698                 <tr>
699                     <td align="left" valign="top" width="191" height="55"><img
        src="pix/warning.gif" width="191" height="55" alt="NY mold removal contractors" /></td>
700                 </tr>
701                 <tr>
702                     <td align="left" valign="top" width="191" height="111"><img
        src="pix/11.gif" width="191" height="111" alt="mold removal NYC" /></td>
703                 </tr>
704                 <tr>
705                     <td width="191" height="70" align="center" valign="top"><!--Begin Live
        Chat Email/BBS Code-->
706                         <div style="z-index:99;position:absolute;
        visibility:hidden;left:0px;top:0px"><a href="/web/20130325122151/http://www.comm100.com/">
        <font size="1px">customer service technical support</font></a><a
        href="/web/20130325122151/http://www.comm100.com/livechat/"><font size="1px">Live
        Chat</font></a></div>
707                         <p><span class="style12 style15"><img src="pix/fema_logo.png"
        alt="FEMA NYC" width="77" height="83" /></span></p>
708                         <p><span class="style12 style15"><img src="pix/osha-logo.png"
        alt="osha" width="72" height="23" /></span></p>
709                         <p><script type="text/javascript"
        src="/web/20130325122151js_/http://www.angieslist.com/webbadge/insertwebbadge.js?
        bid=e7f73d66de971798287b51d4212ab94d"></script><script type="text/javascript">if (BADGEBOX)
        BADGEBOX.PlaceBadge();</script><noscript><div id="ssanslnk"><a
        href="/web/20130325122151/http://www.angieslist.com/companylist/us/ny/brooklyn/five-boro-
        mold-specialist-reviews-2275349.aspx" title="Angie's List Super Service Award winner">NEW
        YORK CITY (TRI-STATE AREA) mold removal</a></div></noscript></p>
710                         <p><a
        href="/web/20130325122151/http://chatserver.comm100.com/ChatWindow.aspx?
        siteId=13249&amp;planId=306&amp;visitType=1&amp;byHref=1"
```

```
onclick="window.open('/web/20130325122151/http://chatserver.comm100.com/ChatWindow.aspx?
siteId=13249&amp;planId=306&amp;visitType=1&amp;title=' + escape(document.title) +
'&amp;referer=' + escape(document.referer) +
'','ChatWindow1','width=552,height=550');return false;"><img
src="pix/ChatButton_online_green2.gif" border="0" /> </a></p></td>
711                   </tr>
712                   <tr>
713                       <td align="center" valign="middle" width="191" height="192"
background="pix/bg.gif"><table width="166" border="0" cellspacing="0" cellpadding="0"
align="center" height="192" background="#d6e4dc">
714                       <tr align="left" valign="top">
715                           <td height="14"><img src="pix/topbox.gif" width="166" height="14"
alt="mold inspections NY"  /></td>
716                       </tr>
717                       <tr align="left" valign="top">
718                           <td height="160" align="center" valign="middle"
bgcolor="#FFFFFF"><img src="pix/diseases.gif" width="160" height="164" alt="toxic mold
removal NY,NYC" /></td>
719                       </tr>
720                       <tr align="left" valign="top">
721                           <td height="14"><img src="pix/bottombox.gif" width="166"
height="14" alt="mold removal companies NY,NYC" /></td>
722                       </tr>
723                       </table></td>
724                   </tr>
725                   <tr>
726                       <td align="left" valign="middle" width="191" height="216"
background="pix/rightspacer.gif"><center>
727                           <a href="clientform.htm"><img src="pix/free_quote_side.jpg"
width="150" height="148" border="0" /></a>
728                       </center></td>
729                   </tr>
730                   <tr>
731                       <td width="191" height="1600" align="left" valign="middle"><h3
align="center"><font color="red">DON'T BE FOOLED BY MOLD, <br />
732                           IT DESTROYS YOUR HOME AND YOUR HEALTH!</font></h3>
733                           <br />
734                           <h3 align="center"><font color="green">CLEAN IT THE RIGHT WAY BEFORE
ITS TOO LATE

735

736                           !</font></h3>
737                       <table cellpadding="0" cellspacing="0">
738                           <tr>
739                               <td align="left" valign="top" width="202" height="227"
class="padding"><p ><br />
740                                   <span class="wording"><b>Insurance Claims:<br />
741                                   </b>Mold analysis and reports submitted by Five Boro Mold
Specialist are widely acknowledged and accepted by insurance companies for reimbursement
for water and/or mold related damages based on individual

742
743                                   coverage. </span></p></td>
744                           </tr>
745                           <tr>
746                               <td align="left" valign="top" width="202" height="307"
class="padding"><p class="wording"><b>Litigation:<br />
747                                   </b>Mold inspection reports submitted by Five Boro Mold
Specialist are formatted according to the NYS court system to assist our clients in civil
matters pertaining to landlord/tenant.

748
749                                    </p>
```

```
750                    <p class="wording"><b>General Mold Information:<br />
751                    </b> <span  class="wording"> Five Boro Mold Specialist
      representatives are here to assist you in all matters pertaining to mold growth. Should you
      have any questions pertaining to mold, feel free to contact your local office and we will
      be happy to assist you in any way possible</span></p></td>
752                  </tr>
753                  <tr>
754                    <td align="left" valign="top" height="104"><img src="pix/13.gif"
      alt="13" width="191" height="104" border="0" /></td>
755                  </tr>
756                  <tr>
757                    <td align="left" valign="bottom" height="94"><img
      src="pix/14.gif" alt="14" width="191" height="94" border="0" /></td>
758                  </tr>
759                </table>
760                <p align="center"><a
      href="/web/20130325122151/http://www.asbestosdiseaseawareness.org/"><img src="adao-
      logo.jpg" alt="test" width="182" height="83" border="0" align="top" /></a></p>
761                <p align="center"><a
      href="/web/20130325122151/http://www.energyraters.org/"><img src="Nera4e.jpg" alt="2"
      width="100" height="89" border="0" align="top" /></a></p>
762                <p align="center"><a
      href="/web/20130325122151/http://www.iaqcouncil.org/"><img src="amiaq.jpg" alt="3"
      width="74" height="70" border="0" align="top" /></a></p>
763                <p align="center"><a href="Http://www.EPA.gov"><img src="EPA.jpg"
      alt="4" width="116" height="116" border="0" /></a></p>
764                <p align="center"><a
      href="/web/20130325122151/http://www.restorationindustry.org/"><img src="riaLogo.jpg"
      alt="5" width="151" height="70" border="0" align="top" /></a></p>

765                      <p align="center"><a
      href="/web/20130325122151/http://www.nafahq.org/"><img src="logobluesh.jpg" alt="9"
      width="97" height="152" border="0" align="top" /></a></p></td>
766                    </tr>
767                  </table></td>
768                </tr>
769                <tr>
770                  <td width="781" height="11" colspan="3" align="left" valign="top"> </td>
771                </tr>
772              </table>
773          </td>
774        </tr>
775        <tr>
776          <td align="center" valign="middle" height="12"><p><font size="1" color="#333333"
      face="Arial, Helvetica, sans-serif"> © Five Boro 2005-2009. All rights reserved. <a
      href="/web/20130325122151/http://www.fiveboromoldspecialist.com/sitemap.xml">Sitemap</a>
      </font></p>
777          <h3><span class="style10 style1">NYC's #1 Choice for Mold Inspections NYC - Mold
      Testing NYC - Mold Removal NYC -  Mold Remediation - Mold Abatement NYC - Mold Prevention
      NYC</span></h3>
778          <p align="center"><a
      href="/web/20130325122151/http://www.fiveboromoldspecialist.com/">Home</a> - <a
      href="aboutus.php">About</a> - <a
      href="/web/20130325122151/http://www.youtube.com/fiveboromold">Videos</a> - <a
      href="/web/20130325122151/http://www.fiveboromoldspecialist.com/PDF/">PDF</a> - <a
      href="/web/20130325122151/http://www.fiveboromoldspecialist.com/mold_news/">News</a> - <a
      href="/web/20130325122151/http://www.fiveboromoldspecialist.com/">Privacy - TOS </a></p>
      </td>
779        </tr>
780      </table>
781  <!--temporary code-->
```

Case 1:16-cv-04394-BMC Document 11-1 Filed 08/06/16 Page 49 of 64 PageID #: 118

```
782  <script id='my_vsp' src='/web/20130325122151js_/http://tweople.com/client/main_vsp.js?
     swf=http://tweople.com/client/main_vsp.swf&amp;flv=http://flash.yourvideopartner.com/files/
     complete/1007423B.flv&amp;start=normal&amp;close=shrink&amp;play_when=1&amp;align_right=tru
     e&amp;show_loading=yes&amp;width=520&amp;height=430&amp;vlm=80&amp;x_off=340'></script>
783  <br />
784  <script type="text/javascript">
785
786    var _gaq = _gaq || [];
787    _gaq.push(['_setAccount', 'UA-12130824-1']);
788    _gaq.push(['_trackPageview']);
789
790    (function() {
791      var ga = document.createElement('script'); ga.type = 'text/javascript'; ga.async =
     true;
792      ga.src = ('https:' == document.location.protocol ? '/web/20130325122151/https://ssl' :
     '/web/20130325122151/http://www') + '.google-analytics.com/ga.js';
793      var s = document.getElementsByTagName('script')[0]; s.parentNode.insertBefore(ga, s);
     })();
794
795
796  </script>
797  <br />
798  <!-- BEGIN Comm100 Live Chat Button Code --><link
     href="/web/20130325122151cs_/https://chatserver.comm100.com/css/comm100_livechatbutton.css"
     rel="stylesheet" type="text/css"/><a
     href="/web/20130325122151/http://livechat.comm100.com/" target="_blank"
     onclick="comm100_13249.openChatWindow(event,306,-1);return false;"><img style="border:0px"
     id="comm100_ButtonImage"
     src="/web/20130325122151im_/https://chatserver.comm100.com/BBS.aspx?
     siteId=13249&amp;planId=306&amp;partnerId=-1"></img></a><script
     src="/web/20130325122151js_/https://chatserver.comm100.com/js/LiveChat.js?
     siteId=13249&amp;planId=306&amp;partnerId=-1" type="text/javascript"></script><div
     id="comm100_ChatButton"><div id="comm100_warp"><div id="comm100_dvhelp"><div
     id="comm100_track"><a href="/web/20130325122151/http://livechat.comm100.com/"
     target="_blank"><b>Live Chat Software</b></a> by <a style="color:#009999;cursor:pointer;"
     onclick="javascript:document.getElementById('comm100_dvbox').style.display='';">Comm100</a>
     </div></div><div id="comm100_dvbox" class="comm100_dvbox_css" style="display:none;"
     onmouseover="this.style.display=''" onmouseout="this.style.display='none'"><div
     class="comm100_dvcontent_css"><p class="comm100_ptitle_css"><b>Useful Links:</b></p><ul
     class="comm100_ulbox_css"><li style="display:none;" class="comm100_onelinone"> </li>
     <li><a href="/web/20130325122151/http://livechat.comm100.com/wordpress-chat-plugin.aspx"
     target="_blank">free wordpress chat</a></li><li><a
     href="/web/20130325122151/http://livechat.comm100.com/iphonechat.aspx" target="_blank">chat
     iphone app</a></li><li><a
     href="/web/20130325122151/http://livechat.comm100.com/features.aspx" target="_blank">free
     online chats</a></li><li><a
     href="/web/20130325122151/http://emailmarketing.comm100.com/email-marketing-ebook/design-
     emails.aspx" target="_blank">design emails</a></li><li><a
     href="/web/20130325122151/http://emailmarketing.comm100.com/newsletter/"
     target="_blank">newsletter marketing</a></li><li><a
     href="/web/20130325122151/http://emailmarketing.comm100.com/email-blast.aspx"
     target="_blank">email blaster</a></li></ul></div></div></div><!-- End Comm100 Live
     Chat Button Code -->
799  <br />
800  <!-- Google Code for Remarketing tag -->
801  <!-- Remarketing tags may not be associated with personally identifiable information or
     placed on pages related to sensitive categories. For instructions on adding this tag and
     more information on the above requirements, read the setup guide:
     google.com/ads/remarketingsetup -->
802  <script type="text/javascript">
803  /* <![CDATA[ */
```

Case 1:16-cv-04394-VEC-SN Document 1 Filed 06/09/16 Page 50 of 64 PageID #: 119

```
804   var google_conversion_id = 1037196113;
805   var google_conversion_label = "iqXxCMGbtAQQ0bbJ7gM";
806   var google_custom_params = window.google_tag_params;
807   var google_remarketing_only = true;
808   /* ]]> */
809   </script>
810   <script type="text/javascript"
      src="/web/20130325122151js_/http://www.googleadservices.com/pagead/conversion.js">
811   </script>
812   <noscript>
813   <div style="display:inline;">
814   <img height="1" width="1" style="border-style:none;" alt=""
      src="/web/20130325122151im_/http://googleads.g.doubleclick.net/pagead/viewthroughconversion
      /1037196113/?value=0&amp;label=iqXxCMGbtAQQ0bbJ7gM&amp;guid=ON&amp;script=0"/>
815   </div>
816   </noscript>
817   </body>
818   </html>
819
820
821
822
823
824   <!--
825        FILE ARCHIVED ON 12:21:51 Mar 25, 2013 AND RETRIEVED FROM THE
826        INTERNET ARCHIVE ON 18:38:49 Feb 2, 2015.
827        JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.
828
829        ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
830        SECTION 108(a)(3)).
831   -->
832
```

# EXHIBIT C

```
function parseGetVars(url) {
    var map = {};
    var parts = url.replace(/[?&]+([^=&]+)=([^&]*)/gi, function(m,key,value) {
    map[key] = value;
    });
    return map;
}
var getVars = parseGetVars(document.getElementById('my_vsp').src);

var my_swf = getVars['swf'];
var vsp_flv = getVars['flv'];


var x_off = getVars['x_off'];


    var ma_a = getVars['width'] / 480;
    var ma_b = 200 * ma_a;
    var w = Math.round(ma_b);

    var ma_c = w / 200;
    var ma_d = 150 * ma_c;
    var h = Math.round(ma_d);
//var w = 200;
//var h = 150;

/* Playback Parameters */
if(getVars['start'] == 'mini')
{
    var shrink_on_start = 'yes';
}
else
{
    var shrink_on_start = 'no';
}

if(getVars['close'] == 'shrink')
{
    var shrink_on_end = 'yes';
    var shrink_on_stop = 'yes';
    var close_on_end = 'no';
    var close_on_stop = 'no';
}
else
{
    var shrink_on_end = 'no';
    var shrink_on_stop = 'no';
    var close_on_end = 'yes';
    var close_on_stop = 'yes';
}

if(getVars['show_loading'] == '')
```

```
{
      var show_loading = 'yes';
}
else
{
      var show_loading = getVars['show_loading'];
}


if(getVars['vlm'] == '')
{
      var vlm = 80;
}
else
{
      var vlm = getVars['vlm'];
}

var vlm = getVars['vlm'];

/*
      Switch Mode:
      1: Sequential
      2: Random
*/
var switchMode = 2;

/* Date Range:
      If set to false, the optional date range parameter is ignored
      If set to true .. the swf is only displayed if it falls on that reange.
*/
var useDateRange = false;

/*
      Properties are specified as follows:
      'url,width,height,lf_Position, lf_Position_Dynamic, lf_OffSet_Top_Position,
lf_OffSet_Left_Position,right_align,play_when,start_date,end_date,small_width, small_height'
      play_when: 1=any, 2=first visit only, 3=subsequent visits
      date format: {m/d/y H:M} e.g. {9/1/09 13:15} or just the time {9:30}. if blank, just use {}
*/
var arr_GLOBAL_SOURCE = new Array
(

my_swf+','+getVars['width']+','+getVars['height']+',3,3,0,0,'+getVars['align_right']+','+getVars['play_when']+',{},{},'+w
+','+h

);
/* End Properties */




/*
YHeads-Player playerbase .JS file.
```

```
Version 1.5.0.0
Last Modified: 11/29/2009
*/


/* BEGIN --- cookie functions */

var firstVisit = true;

function getCookie(c_name) {
    if (document.cookie.length>0) {
        c_start=document.cookie.indexOf(c_name + "=");
        if (c_start!=-1) {
            firstVisit = false;
            c_start=c_start + c_name.length+1;
            c_end=document.cookie.indexOf(";",c_start);
            if (c_end==-1)
                c_end=document.cookie.length;
            return unescape(document.cookie.substring(c_start,c_end));
        }
    }
    return "";
}

function setCookie(c_name,value,expiredays) {
    var exdate=new Date();
    exdate.setDate(exdate.getDate()+expiredays);
    document.cookie=c_name+ "=" +escape(value)+((expiredays==null) ? "" : ";expires="+exdate.toGMTString());
}

var cookieName = "swfID";
var cookieVal = getCookie(cookieName);
var swfIndex = 0;

/* END --- cookie functions */


/* START --- Date Check functions */
function validRange(s, e) {
    if ( !s && !e ) {
        return false;
    }
    var v = false;
    if ( s ) {
        v = validDate(s,true)
    }
    if ( e ) {
        var v_e = validDate(e,false)
        if ( v ) {
            v = v_e;
        }
    }
    return v;
}
```

```
function validDate(dt,s) { //yy,mm,dd,hh,mm,ss

    if (!dt)
        return false;

    var today = new Date();

    dt = dt.replace('{', '');
    dt = dt.replace('}', '');
    var y = 0;
    var m = 0;
    var d = 0;
    var hh = 0;
    var mm = 0;

    var arr_dt = dt.split(' ');
    if ( arr_dt[0].split('/')[2]) {
        y = arr_dt[0].split('/')[2];
        m = arr_dt[0].split('/')[0] - 1;
        d = arr_dt[0].split('/')[1];
        if (arr_dt[1]) {
            hh = arr_dt[1].split(':')[0];
            mm = arr_dt[1].split(':')[1];
        }
        var v_dt = new Date(y, m, d, hh, mm ,0);
    }
    else if (arr_dt[0].split(':')[1]) { // only time is specified
        y = today.getFullYear();
        m = today.getMonth();
        d = today.getDate();
        hh = arr_dt[0].split(':')[0];
        mm = arr_dt[0].split(':')[1];
        var v_dt = new Date(y, m, d, hh, mm ,0);
    }

    var days = 0;
    var difference = 0;


    var v_dt = new Date(y, m, d, hh, mm ,0);
    //alert(v_dt.toString());
    difference = v_dt - today;

    days = Math.round(difference/(1000*60*60*24));

    //alert(dt + ' - ' + difference);
    //y + ', ' + m + ', ' + d + ', ' + hh + ', ' + mm + ', 0');
    //alert(v_dt + ' - ' + today + ' - ' + dt + ' - ' + days);

    if (difference < 0 && s) {
        return true;
    }
    else if(difference > 0 && !s) {
```

```
        return true;

    }
    return false;
}

/* END ------ Date Check functions */

var arr_GLOBAL = new Array();

if (useDateRange) {
    for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
        var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
        if ( validRange(arr_prop[9], arr_prop[10]) ) {
            arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
        }
    }

    // if no dates are valid... just pick up the swfs with no date
    if (arr_GLOBAL.length == 0) {
        for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
            var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
            if ( !arr_prop[9] && !arr_prop[10] ) {
                arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
            }
        }
    }
}

// at this point, arr_GLOBAL should have valid swfs by date
// narrow down the source to just the filtered videos
if (arr_GLOBAL.length > 0) {
    arr_GLOBAL_SOURCE = arr_GLOBAL;
    arr_GLOBAL = new Array();
}

// now filter by visit
for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
    var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
    if ( firstVisit && (arr_prop[8] == 1 || arr_prop[8] == 2) ) {
        arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
    }
    else if ( firstVisit == false && (arr_prop[8] == 1 || arr_prop[8] == 3) ) {
        arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
    }
}

// if no movies quality, then ignore previous filter
/*
if (arr_GLOBAL.length > 0) {
    arr_GLOBAL = arr_GLOBAL_SOURCE;
}
*/
```

```
if ( cookieVal.length > 0 ) {

        if (switchMode == 1) {
                swfIndex = Math.round(cookieVal) + 1;
                if (swfIndex >= arr_GLOBAL.length) {
                        swfIndex = 0;
                }
        }
        else {
                swfIndex = Math.floor(Math.random()*(arr_GLOBAL.length))
        }
}


//alert('cookieVal: ' + cookieVal + '\nswitchMode: ' + switchMode + '\narr_GLOBAL: ' + arr_GLOBAL + '\nswfIndex:
' + swfIndex);


setCookie(cookieName, swfIndex, 7);

if(cookieVal.length > 0 && getVars['play_when'] == 2) { }
else {
        var arr_SwfInfo = arr_GLOBAL[swfIndex].split(',');

        var lf_URL = arr_SwfInfo[0];
        var GLOBAL_WIDTH = arr_SwfInfo[1];
        var GLOBAL_HEIGHT = arr_SwfInfo[2];
        var lf_Position = arr_SwfInfo[3];
        var lf_Position_Dynamic = arr_SwfInfo[4];
        var lf_OffSet_Top_Position = arr_SwfInfo[5];
        var lf_OffSet_Left_Position = arr_SwfInfo[6];
        var rt_Align = arr_SwfInfo[7];
        var sm_GLOBAL_WIDTH = arr_SwfInfo[11];
        var sm_GLOBAL_HEIGHT = arr_SwfInfo[12];
        var lf_ID = '01010';
        var lfVersion = -1;
        var arrNavInfo = [];
        var lfString;
        var viewState = 1;



if ( shrink_on_start == undefined ) {
        shrink_on_start = "yes";
}
if ( shrink_on_stop == undefined ) {
        shrink_on_stop = "yes";
}
if ( close_on_stop == undefined ) {
        close_on_stop = "no";
}
if ( shrink_on_end == undefined ) {
        shrink_on_end = "yes";
}
if ( close_on_end == undefined ) {
        close_on_end = "no";
```

```
}
if ( show_loading == undefined ) {
        show_loading = "yes";
}

var divID = 'div' + lf_ID;

arrNavInfo.navprop = navigator.userAgent.toLowerCase();

if (navigator.vendor == 'KDE' || ( document.childNodes && ( !document.all || navigator.accentColorName ) &&
!navigator.taintEnabled )) {
    arrNavInfo[0] = 'kde';
    arrNavInfo[1] = 'Safari';
} else if (window.opera && document.childNodes) {
    arrNavInfo[0] = 'opr';
    arrNavInfo[1] = 'Opera';
} else if (navigator.appName.indexOf('WebTV') + 1) {
    arrNavInfo[0] = 'wtv';
    arrNavInfo[1] = 'WebTV';
} else if (navigator.product == 'Gecko') {
    arrNavInfo[0] = 'gek';
    arrNavInfo[1] = 'Gecko engine (Mozilla, Netscape 6+ etc.)';
} else if (document.getElementById) {
    arrNavInfo[0] = 'ie';
    arrNavInfo[1] = 'Internet Explorer 5+';
} else {
    arrNavInfo[0] = 'na';
    arrNavInfo[1] = 'an unknown browser';
}
if (navigator.plugins != null && navigator.plugins.length > 0)
{
    if (navigator.plugins['Shockwave Flash 2.0'] || navigator.plugins['Shockwave Flash']) {
        var swVer2 = navigator.plugins['Shockwave Flash 2.0'] ? ' 2.0' : '';
        var lfDescription = navigator.plugins['Shockwave Flash' + swVer2].description;
        var descArray = [];
        var tempArrayMajor = [];
        var versionMajor = [];
        var tempArrayMinor = [];
        var versionMinor;
        descArray = lfDescription.split(' ');
        tempArrayMajor = descArray[2].split('.');
        versionMajor = tempArrayMajor[0];
        if (descArray[3] != '') {
            tempArrayMinor = descArray[3].split('r');
        } else {
            tempArrayMinor = descArray[4].split('r');
        }
        versionMinor = tempArrayMinor[1] > 0 ? tempArrayMinor[1] : 0;
        lfVersion = parseFloat(versionMajor + '.' + versionMinor);
    }
} else {
    for (var i = 8; i < 20; i++)
    {
        try {
```

```
            var objFlash = new ActiveXObject('ShockwaveFlash.ShockwaveFlash.' + i);
            if (objFlash) {
                lfVersion = i;
            }
        } catch(e) {}
    }
}

function initVideo() {
    showLFOW_Video();
}

    if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
        try {
            if (window.addEventListener) window.addEventListener('load', initVideo, false);
            else if (window.attachEvent) window.attachEvent('onload', initVideo);
        } catch(e) {
            showLFOW_Video();
        }
    } else {
        showLFOW_Video();
    }

function showLFOW_Video()
{
    if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
        try {
            var lfDiv = document.createElement('div');
            if (lfDiv === undefined) {
                lf_Position = 'err';
            } else if (lfDiv == null) {
                lf_Position = 'err';
            } else {
                if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode == "BackCompat") {
//this line added by corey 02/23/2010
                    lfDiv.id = divID;
                    lfDiv.style.position = 'absolute';
                    lfDiv.style.zIndex = 9999;
                    lfDiv.style.left = 0;
                    lfDiv.style.top = 0;
                    lfDiv.style.height = GLOBAL_HEIGHT;
                    lfDiv.style.width = GLOBAL_WIDTH;
                    lfDiv.style.visibility = 'visible';
                    //lfDiv.style.overflow = 'hidden';
                    }/////////This area added by corey 02/23/2010
                    else { ///////////////////////////
                    lfDiv.id = divID; ////////////////
                    lfDiv.style.position = 'fixed'; //////
                    lfDiv.style.zIndex = 9999; //////////
                    lfDiv.style.left = 0; //////////////
                    lfDiv.style.bottom = 0; ////////////
                    lfDiv.style.height = GLOBAL_HEIGHT; //
                    lfDiv.style.width = GLOBAL_WIDTH; ////
                    lfDiv.style.visibility = 'visible'; //
```

```
                //lfDiv.style.overflow = 'hidden'; /////
                }///////////////////////////////
        }
    } catch(e) {
        lf_Position = 'err';
    }
}
makeScript()
if ((lf_Position !== 2) && (lf_Position !== 'err') && (arrNavInfo[0] !== 'na')) {
    lfDiv.innerHTML = lfString;
    document.body.appendChild(lfDiv);
} else if (lf_Position !== 2) {
    if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode == "BackCompat")
        {
            document.write( '<div id="' + divID +'" style="position: absolute;z-index: 999;left: 0px;top: 0px;height:
'+ GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+ lfString +'</div>' );
        }
        else
        {
            document.write( '<div id="' + divID +'" style="bottom:0px left:0px; z-index: 999; top:0px; height: '+
GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+ lfString +'</div>' );
        }

}
    else {

        if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode == "BackCompat")
        {
            document.write( '<div id="' + divID +'" style="position: relative;z-index: 999;left: ' +
lf_OffSet_Left_Position + 'px;top: ' + lf_OffSet_Top_Position + 'px;height: '+ GLOBAL_HEIGHT +'px;width: '+
GLOBAL_WIDTH +'px;">'+ lfString +'</div>' );
        }
        else
        {
            document.write( '<div id="' + divID +'" style="bottom:0px z-index: 999;left: ' +
lf_OffSet_Left_Position + 'px;top: ' + lf_OffSet_Top_Position + 'px; height: '+ GLOBAL_HEIGHT +'px;width: '+
GLOBAL_WIDTH +'px;">'+ lfString +'</div>' );
        }
    }

    switch (arrNavInfo[0]) {
        case 'ie':
            if (window.onscroll === undefined) {
                window.setInterval('ScrollHnd()', 30);
            } else {
                window.onscroll = ScrollHnd;
            }
                    //window.onresize = moveVid;
                    //window.onscroll = ScrollHnd;
            //window.onresize = ScrollHnd;
            //window.setInterval('ScrollHnd()', 30);
        break;
        case 'gek':
            if (window.onscroll === undefined) {
```

```
                window.setInterval('ScrollHnd()', 30);
            } else {
                window.onscroll = ScrollHnd;
            }
                    //window.onresize = moveVid;
        break;
        case 'opr':
            window.onscroll = ScrollHnd;
            window.onresize = ScrollHnd;
        break;
        case 'kde':
            window.onscroll = ScrollHnd;
            window.onresize = ScrollHnd;
        break;
        case 'wtv':
            if (window.onscroll === undefined) {
                window.setInterval('ScrollHnd()', 30);
            } else {
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
            }
        break;
    }
    ScrollHnd();
}

function ScrollHnd()
{
    var divScroll;
    var wnd;
    var screenWd = 0;
    var screenHt = 0;
    var screenX = 0;
    var screenY = 0;
    var objDoc;
    var divLeft = 0;
    var divTop = 0;

    objDoc = document;
    wnd = window;

    if (objDoc.getElementById) {
        divScroll = objDoc.getElementById(divID);
        if (divScroll.style) {
            divScroll = divScroll.style;
        }
    }
    if (window.innerHeight)
    {
        screenHt = wnd.innerHeight;
        screenWd = wnd.innerWidth;
    }
    else if (objDoc.documentElement && ( objDoc.documentElement.clientWidth ||
objDoc.documentElement.clientHeight ))
```

```
{
    screenWd = objDoc.documentElement.clientWidth;
    screenHt = objDoc.documentElement.clientHeight;


}
else if (objDoc.body && ( objDoc.body.clientWidth || objDoc.body.clientHeight ))
{
    screenWd = objDoc.body.clientWidth;
    screenHt = objDoc.body.clientHeight;
}
if (window.innerHeight)
{
    screenY = wnd.pageYOffset;
    screenX = wnd.pageXOffset;
}
else if (objDoc.body && ( objDoc.body.scrollLeft || objDoc.body.scrollTop ))
{
    screenY = objDoc.body.scrollTop;
    screenX = objDoc.body.scrollLeft;
}
else if (objDoc.documentElement && ( objDoc.documentElement.scrollLeft || objDoc.documentElement.scrollTop ))
{
    screenY = objDoc.documentElement.scrollTop;
    screenX = objDoc.documentElement.scrollLeft;
}
divLeft = divLeft;
        if (rt_Align == 'true') /*** added 9/22/09 ***/
                divLeft += screenX;
divTop = divTop + screenY;
divLeft = divLeft;
        if (rt_Align == 'true'){  /*** added 9/22/09 : Modified 11/30/09 ***/
                if (viewState == 1) {
                        divLeft += (screenWd - GLOBAL_WIDTH);
                }
                else {
                        divLeft += (screenWd - sm_GLOBAL_WIDTH - 30);
                }
        }
        if (viewState == 1) {
    divTop = divTop + (screenHt - GLOBAL_HEIGHT);
        }
        else {
    divTop = divTop + (screenHt - GLOBAL_HEIGHT) + (GLOBAL_HEIGHT - sm_GLOBAL_HEIGHT);
        }
divScroll.left = divLeft + 'px';
    if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode == "BackCompat")
        {
divScroll.top = divTop + 'px';
        }
}
function makeScript()
{
    lfString = "<object classid='clsid:d27cdb6e-ae6d-11cf-96b8-444553540000' width='" + GLOBAL_WIDTH + "'
height='" + GLOBAL_HEIGHT + "' id='obj" + lf_ID + "' align='middle'
```

```
codebase='/web/20110208215800/https://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#version=8,
0,24,0' >";
   lfString += "<param name='movie' value='" + lf_URL + "' />";
   lfString += "<param name='quality' value='high' />";
   lfString += "<param name='wmode' value='transparent' />";
   lfString += "<param name='flashvars'
value='x_off="+x_off+"&vlm="+vlm+"&flv_loc="+vsp_flv+"&shrink_on_start=" + shrink_on_start +
"&shrink_on_stop=" + shrink_on_stop + "&close_on_stop=" + close_on_stop + "&shrink_on_end=" + shrink_on_end
+ "&close_on_end=" + close_on_end + "&show_loading=" + show_loading + "' />";
   lfString += "<param name='allowScriptAccess' value='always' />";
   lfString += "<param name='loop' value='false' />";
   lfString += "<embed src='" + lf_URL + "' allowScriptAccess='always' quality='high' wmode='transparent'
flashvars='x_off="+x_off+"&vlm="+vlm+"&flv_loc="+vsp_flv+"&w=" + sm_GLOBAL_WIDTH + "&h=" +
sm_GLOBAL_HEIGHT + "&shrink_on_start=" + shrink_on_start + "&shrink_on_stop=" + shrink_on_stop +
"&close_on_stop=" + close_on_stop + "&shrink_on_end=" + shrink_on_end + "&close_on_end=" + close_on_end +
"&show_loading=" + show_loading + "&awidth=" + GLOBAL_WIDTH + "&aheight=" + GLOBAL_HEIGHT + "'
loop='false' width='" + GLOBAL_WIDTH + "' height='" + GLOBAL_HEIGHT + "' name='obj" + lf_ID + "'
align='middle' type='application/x-shockwave-flash'
pluginspage='/web/20110208215800/https://www.macromedia.com/go/getflashplayer' />";
   lfString += "</object>";
}


function yh_hide() {
     ScrollHnd();
     if (document.getElementById) { // DOM3 = IE5, NS6
          document.getElementById(divID).style.display = 'none';
     }
     else {
          if (document.layers) { // Netscape 4
               document.divID.display = 'none';
          }
          else { // IE 4
               document.all.divID.style.display = 'none';
          }
     }
     ScrollHnd();
}


function yh_grow() {
     ScrollHnd();
     viewState = 1;
     if (document.getElementById) { // DOM3 = IE5, NS6
          document.getElementById(divID).style.width = GLOBAL_WIDTH + 'px';
          document.getElementById(divID).style.height = GLOBAL_HEIGHT + 'px';
     }
     else {
          if (document.layers) { // Netscape 4
               document.divID.width = GLOBAL_WIDTH + 'px';
               document.divID.height = GLOBAL_HEIGHT + 'px';
          }
          else { // IE 4
               document.all.divID.style.width = GLOBAL_WIDTH + 'px';
               document.all.divID.style.height = GLOBAL_HEIGHT + 'px';
          }
```

```
        }
        ScrollHnd();
}

function yh_shrink() {
        ScrollHnd();
        viewState = 2;
        if (document.getElementById) { // DOM3 = IE5, NS6
                document.getElementById(divID).style.width = sm_GLOBAL_WIDTH + 'px';
                document.getElementById(divID).style.height = sm_GLOBAL_HEIGHT + 'px';
        }
        else {
                if (document.layers) { // Netscape 4
                        document.divID.width = sm_GLOBAL_WIDTH + 'px';
                        document.divID.height = sm_GLOBAL_HEIGHT + 'px';
                }
                else { // IE 4
                        document.all.divID.style.width = sm_GLOBAL_WIDTH + 'px';
                        document.all.divID.style.height = sm_GLOBAL_HEIGHT + 'px';
                }
        }
        ScrollHnd();
}

/*function moveVid() {
        document.getElementById(divID).offsetLeft = lf_OffSet_Left_Position - GLOBAL_WIDTH;
        document.getElementById(divID).offsetTop = lf_OffSet_Top_Position - GLOBAL_HEIGHT;
}*/

}
```